Janet Robinson
1378 Division Court
Hemet, CA 92543
(323)944-4799
JanetRobinson@gmail.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

JANET ROBINSON,
Plaintiff,

v.

SYNCHRONY BANK; WALMART INC. d/b/a SAM'S CLUB; and DOES 1–50,
Defendants.



FILED
CLERK, U.S. DISTRICT COURT
JUL 17 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

Case No.: _____ EDCV25-01814 KK(SPx)

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
DEMAND FOR JURY TRIAL

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as Plaintiff brings federal claims under the Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. § 1693 et seq., and the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq.

2. Supplemental jurisdiction over state law claims is proper under 28 U.S.C. § 1367.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events and omissions giving rise to the claims occurred in Riverside County, California, where Plaintiff resides.

### II. PARTIES

4. Plaintiff JANET ROBINSON is an individual residing in Riverside County, California.

5. Defendant SYNCHRONY BANK is a financial institution that issues and services Sam's Club consumer and business credit accounts.

6. Defendant WALMART INC., doing business as Sam's Club, is a Delaware corporation that operates Sam's Club retail membership warehouses nationwide, including in California.

7. Plaintiff is unaware of the true names and capacities of DOES 1 through 50, inclusive, and sues them under fictitious names. Plaintiff will amend this Complaint when their identities become known.

### III. FACTUAL ALLEGATIONS

8. Plaintiff held two accounts with Defendants: a personal Sam's Club Mastercard (ending in 0857) and a business Sam's Club Mastercard (ending in 3247). Synchrony Bank erroneously

listed the business card as ending in 2109.

9. On or around March 17, 2025, Synchrony Bank closed Plaintiff's account, citing returned payments, despite Plaintiff's corrective actions.

10. Synchrony Bank continued to withdraw funds from a closed Navy Federal money market account ending in 2292, instead of using Plaintiff's updated checking account ending in 1447.

11. Despite updating her payment information on March 19, 2025, Synchrony failed to process ACH transactions correctly.

12. Plaintiff contacted Sam's Club customer service repeatedly. On one occasion in March 2025, a manager promised a review and return call, which never occurred.

13. Synchrony failed to apply or recognize the following confirmed payments from Plaintiff's Navy Federal Credit Union checking account (ending in 1447): $25 payments on: Jan 29, 2025; Feb 28, 2025; Dec 27, 2024; Dec 4, 2024; Oct 29, 2024; Sep 27, 2024; Aug 29, 2024; Jul 29, 2024; Jun 28, 2024 and $40 from her business account on Dec 23, 2024.

14. Additionally, Defendants failed to credit ACH payments made from Plaintiff's Golden One Credit Union account, including but not limited to: July 17, 2023 ($240); July 31, 2023 ($125.71), Aug 18, 2023 ($50), Aug 24, 2023 ($169.94), Feb 5, 2024 ($100), Mar 12, 2024 ($200), Mar 29, 2024 ($1000), Jun 17, 2024 ($100), Aug 19, 2024 ($200), Sep 9, 2024 ($137.50).

15. Defendants coded valid payments as "returned," imposed fees, and negatively reported Plaintiff's account to credit bureaus.

16. These actions resulted in a lowered credit score, negatively impacting Plaintiff's pending Small Business Administration (SBA) loan.

17. Synchrony's representative, Rebecca D., conducted a financial audit that failed to list numerous cleared transactions, despite documentation from Navy Federal and Golden One Credit Union.

18. Plaintiff's banking institutions confirmed no records of returned checks, insufficient funds, or nonpayment for the disputed transactions.

## IV. CAUSES OF ACTION

First Cause of Action – Violation of the Electronic Fund Transfer Act (15 U.S.C. §1693)

Second Cause of Action – Violation of the Fair Credit Reporting Act (15 U.S.C. §1681s-2)

Third Cause of Action – Breach of Contract

Fourth Cause of Action – Negligence

Fifth Cause of Action – Violation of California Consumer Credit Reporting Agencies Act (Civ. Code §1785.25)

Sixth Cause of Action – Violation of California Unfair Competition Law (Bus. & Prof. Code §17200)

Seventh Cause of Action – Accounting and Declaratory Relief

## PRAYER FOR RELIEF

Plaintiff respectfully requests the Court to:

1. Award actual and statutory damages;

2. Grant injunctive relief requiring Defendants to correct account and credit records;

3. Order restitution of any improperly collected amounts;

4. Award punitive damages for willful conduct;

5. Award attorney's fees and costs (if applicable);

6. Grant such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a jury trial on all issues so triable.

**VERIFICATION**

I, Janet Robinson, declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on _____, 2025 in Riverside County, California.

Janet Robinson, Plaintiff In Pro Per

**EXHIBIT INDEX**
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION - RIVERSIDE
JANET ROBINSON, an individual,
Plaintiff,

v.

# SYNCHRONY BANK,

Defendant.

**Case No.:**
**EXHIBIT INDEX**
Plaintiff, JANET ROBINSON, hereby submits the following exhibits in support of her Complaint:

**Exhibit A:**
- **Description:** Navy Federal Credit Union Personal Checking Account Statements (Account ending in #1447) and related documentation demonstrating payments made to Sam's Club on:
  - January 29, 2025 ($25)
  - February 28, 2025 ($25)
  - December 27, 2024 ($25)
  - December 4, 2024 ($25)
  - October 29, 2024 ($25)
  - September 27, 2024 ($25)
  - August 29, 2024 ($25)
  - July 29, 2024 ($25)
  - June 28, 2024 ($25)
  - December 23, 2024 ($40 - from Business Account)
- **Purpose:** To demonstrate proof of payments made that were not credited by Synchrony Bank and to show no record of "nonpayment," "returned check," or "insufficient funds" from this account.

**Exhibit B:**
- **Description:** Golden One Credit Union Account Statements and related documentation demonstrating ACH payments made to Sam's Club on:
  - July 17, 2023 ($240)
  - July 31, 2023 ($125.71)
  - August 18, 2023 ($50)
  - August 24, 2023 ($169.94)
  - February 5, 2024 ($100)
  - March 12, 2024 ($200)

- ○ March 29, 2024 ($1000)
- ○ June 17, 2024 ($100)
- ○ August 19, 2024 ($200)
- ○ September 9, 2024 ($137.50)
- **Purpose:** To demonstrate proof of payments made that were not credited by Synchrony Bank.

**Exhibit C:**
- **Description:** All correspondence and official documents related to Plaintiff's disputes with Synchrony Bank/Sam's Club, including:
  - ○ Account number for CFPB complaint ID 250515-20830035.
  - ○ Plaintiff's Letter of Complaint to CFPB.
  - ○ Defendant's Response from Synchrony Bank, signed by Rebecca D., Senior Specialist, Corporate Consumer Relations, Attn: IID 518.
  - ○ Detailed notes from phone calls (with dates, times, and names of representatives) between Janet Robinson and Synchrony Bank/Sam's Club customer service regarding the disputed payments, account closure, and incorrect card number.
- **Purpose:** To document Plaintiff's attempts to resolve the issues through formal and informal channels, and Defendant's responses or lack thereof.

**Exhibit D:**
- **Description:** Recent credit reports from major consumer reporting agencies (e.g., Equifax, Experian, TransUnion) showing the negative impact on Plaintiff's credit score due to the alleged inaccurate reporting by Synchrony Bank.
- **Purpose:** To demonstrate damages suffered by Plaintiff and the impact of the inaccurate reporting.

Dated: July 16, 2025
Respectfully submitted,


JANET ROBINSON, Plaintiff in Pro Per
Janet Robinson, 1378 Division Court, CA 92543, 323 944-4799,
JanetRobinsonBusiness@gmail.com

# EXHIBIT INDEX

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION – RIVERSIDE
JANET ROBINSON, an individual,
Plaintiff,

v.

# SYNCHRONY BANK,

Defendant.

**Case No.:**
**EXHIBIT INDEX**
Plaintiff, JANET ROBINSON, hereby submits the following exhibits in support of her Complaint:

**Exhibit A:**
- **Description:** Navy Federal Credit Union Personal Checking Account Statements (Account ending in #1447) and related documentation demonstrating payments made to Sam's Club on:
    - January 29, 2025 ($25)
    - February 28, 2025 ($25)
    - December 27, 2024 ($25)
    - December 4, 2024 ($25)
    - October 29, 2024 ($25)
    - September 27, 2024 ($25)
    - August 29, 2024 ($25)
    - July 29, 2024 ($25)
    - June 28, 2024 ($25)
    - December 23, 2024 ($40 – from Business Account)
- **Purpose:** To demonstrate proof of payments made that were not credited by Synchrony Bank and to show no record of "nonpayment," "returned check," or "insufficient funds" from this account.

**Exhibit B:**
- **Description:** Golden One Credit Union Account Statements and related documentation demonstrating ACH payments made to Sam's Club on:
    - July 17, 2023 ($240)
    - July 31, 2023 ($125.71)
    - August 18, 2023 ($50)
    - August 24, 2023 ($169.94)
    - February 5, 2024 ($100)
    - March 12, 2024 ($200)

- o   March 29, 2024 ($1000)
- o   June 17, 2024 ($100)
- o   August 19, 2024 ($200)
- o   September 9, 2024 ($137.50)
- **Purpose:** To demonstrate proof of payments made that were not credited by Synchrony Bank.

**Exhibit C:**
- **Description:** All correspondence and official documents related to Plaintiff's disputes with Synchrony Bank/Sam's Club, including:
  - o   Account number for CFPB complaint ID 250515-20830035.
  - o   Plaintiff's Letter of Complaint to CFPB.
  - o   Defendant's Response from Synchrony Bank, signed by Rebecca D., Senior Specialist, Corporate Consumer Relations, Attn: IID 518.
  - o   Detailed notes from phone calls (with dates, times, and names of representatives) between Janet Robinson and Synchrony Bank/Sam's Club customer service regarding the disputed payments, account closure, and incorrect card number.
- **Purpose:** To document Plaintiff's attempts to resolve the issues through formal and informal channels, and Defendant's responses or lack thereof.

**Exhibit D:**
- **Description:** Recent credit reports from major consumer reporting agencies (e.g., Equifax, Experian, TransUnion) showing the negative impact on Plaintiff's credit score due to the alleged inaccurate reporting by Synchrony Bank.
- **Purpose:** To demonstrate damages suffered by Plaintiff and the impact of the inaccurate reporting.


Dated: July 16, 2025
Respectfully submitted,



JANET ROBINSON, Plaintiff in Pro Per
Janet Robinson, 1378 Division Court, CA 92543, 323 944-4799,
JanetRobinsonBusiness@gmail.com

Exhibit A



**NAVY FEDERAL**
**Credit Union** ®

July 13, 2025

WEB SAMS CLUB MC ONLINE PMT ROUTING
NO. 12114128

RE: JANET L ROBINSON

To Whom It May Concern:

This letter confirms that the following Automated Clearing House (ACH) debit, made payable to your firm, was presented and paid from our above-referenced member's Navy Federal account:

Date: 12/04/24
Account Number: xxxxxxx447
Account Type: Checking
Amount: $25.00
Trace Number: 121141284927924

If we may be of further service, please let us know.

Sincerely,

_____

Miracle
Navy Federal Credit Union



**NAVY FEDERAL**
**Credit Union** ®

July 13, 2025

WEB SAMS CLUB MC ONLINE PMT ROUTING
NO. 12114128

RE: JANET L ROBINSON

To Whom It May Concern:

This letter confirms that the following Automated Clearing House (ACH) debit, made payable to your firm, was presented and paid from our above-referenced member's Navy Federal account:

Date: 12/27/24
Account Number: xxxxxxx447
Account Type: Checking
Amount: $25.00
Trace Number: 121141281332932

If we may be of further service, please let us know.

Sincerely,

_____

Miracle
Navy Federal Credit Union



**NAVY FEDERAL**
**Credit Union®**

July 13, 2025

WEB SAMS CLUB MC ONLINE PMT ROUTING
NO. 12114128

RE: JANET L ROBINSON

To Whom It May Concern:

This letter confirms that the following Automated Clearing House (ACH) debit, made payable to your firm, was presented and paid from our above-referenced member's Navy Federal account:

Date:  06/28/24
Account Number:  xxxxxxx447
Account Type: Checking
Amount: $25.00
Trace Number: 121141286346384

If we may be of further service, please let us know.

Sincerely,

_____

Miracle
Navy Federal Credit Union



**Federally insured by NCUA.**
© 2014 Navy Federal NFCU 302A (8-14)

PO Box 3000  Merrifield, VA  22119-3000



**NAVY FEDERAL**
Credit Union®

July 13, 2025

WEB SAMS CLUB MC ONLINE PMT ROUTING
NO. 12114128

RE: JANET L ROBINSON

To Whom It May Concern:

This letter confirms that the following Automated Clearing House (ACH) debit, made payable to your firm, was presented and paid from our above-referenced member's Navy Federal account:

Date: 06/28/24
Account Number: xxxxxxx447
Account Type: Checking
Amount: $25.00
Trace Number: 121141286346384

If we may be of further service, please let us know.

Sincerely,

_____

_____
Miracle
Navy Federal Credit Union

**Federally insured by NCUA.**
© 2014 Navy Federal NFCU 302A (8-14)

PO Box 3000  Merrifield, VA  22119-3000



**NAVY FEDERAL Credit Union** ®

July 13, 2025

WEB SAMS CLUB MC ONLINE PMT ROUTING
NO. 12114128

RE: JANET L ROBINSON

To Whom It May Concern:

This letter confirms that the following Automated Clearing House (ACH) debit, made payable to your firm, was presented and paid from our above-referenced member's Navy Federal account:

Date: 07/29/24
Account Number: xxxxxxx447
Account Type: Checking
Amount: $25.00
Trace Number: 121141288215528

If we may be of further service, please let us know.

Sincerely,

_____

_____
Miracle
Navy Federal Credit Union

Exhibit B

ⓘ Quick Tip: Need to see transactions older than 90 days? Click "Statements & Documents" or utilize the "Show advanced" option to access additional history.

## Account Details

**Easy Checking**
*720884 👁

# $332.19

Available Balance
Current Balance $332.19

## Transaction Details

| Type | Keyword | Date |
|---|---|---|
| All ▼ | sams | Last 30 Days ▼ |

| From | To | Amount | Amount From |
|---|---|---|---|
| 1/01/2023 📅 | 7/16/2025 📅 | | |

Amount To

Search    Clear Search    Hide advanced

## In Process Transactions

| Date | Description | Amount |
|---|---|---|
| There are no upcoming transactions. | | |

## Past Transactions

| Date ▼ | Description | Amount |
|---|---|---|
| Jul 10 | Withdrawal @ 40500 MURRIETA HOT 0 SAMS CLUB #4822 MURRIETTA CA US | -$25.79 |
| Jun 18 | Withdrawal @ 40500 MURRIETA HOT 0 SAMS CLUB #4822 MURRIETTA CA US | -$18.20 |
| May 08 | Withdrawal @ SAM'S Club 0 SAMS CLUB #6378 RIVERSIDE CA US | -$20.68 |
| Apr 13 | Withdrawal @ SAM'S Club 0 SAMS CLUB #4822 MURRIETA CA US | -$8.78 |
| Mar 03 | Withdrawal @ SAM'S Club 0 SAMS CLUB #4822 MURRIETA CA US | -$56.17 |
| Sep 09, 2024 | Withdrawal-ACH-A-1595132 Sams BRC MstrCRD (SYF PAYMNT) | -$137.50 |
| Aug 19, 2024 | Withdrawal-ACH-A-1595132 Sams BRC MstrCRD (SYF PAYMNT) | -$200.00 |
| Aug 15, 2024 | Withdrawal @ 1853 WAL-SAMS 0 Wal-Mart Super C HEMET CA US | -$23.81 |
| Jun 17, 2024 | Withdrawal-ACH-A-1595132 Sams BRC MstrCRD (SYF PAYMNT) | -$100.00 |
| Jun 10, 2024 | Withdrawal @ 4822 WAL-SAMS 0 SAM'S Club MURRIETA CA US | -$26.54 |
| Mar 29, 2024 | Withdrawal-ACH-A-1595132 Sams BRC MstrCRD (SYF PAYMNT) | -$1,000.00 |
| Mar 12, 2024 | Withdrawal-ACH-A-1595132 Sams BRC MstrCRD (SYF PAYMNT) | -$200.00 |

| Date | | |
|---|---|---|
| Feb 05, 2024 | Withdrawal-ACH-A-1595132 Sams BRC MstrCRD (STFLPYMNT) | -$100.00 |
| Aug 24, 2023 | Withdrawal-ACH-A-826232 TELSams Club MC (SAMTELPAY) | -$169.94 |
| Aug 18, 2023 | Withdrawal-ACH-A-826232 TELSams Club MC (SAMTELPAY) | -$50.00 |
| Jul 31, 2023 | Withdrawal-ACH-A-826232 TELSams Club MC (SAMTELPAY) | -$125.71 |
| Jul 17, 2023 | Withdrawal-ACH-A-826232 TELSams Club MC (SAMTELPAY) | -$240.06 |

Exhibit C



170 West Election Road
Suite 125
Draper, UT 84020

July 8, 2025

Janet Lee Robinson
1378 Division Court
Hemet, CA 92543

Subject:      CFPB Case 250515-20830035
              Sam's Club® Mastercard® Account Number Ending in 0857
              Sam's Club® Business Mastercard® Account Number Ending in 2109

Dear Janet Lee Robinson:

On behalf of Synchrony, I am responding to your concerns raised through the Consumer Financial Protection Bureau (CFPB). I appreciate you bringing this matter to my attention.

The name on your accounts does not match the name on your inquiry. For the sake of this response, I am including the name listed on the inquiry. Please contact customer service at (866) 220-0254 in order to update your account records.

Per the enclosed terms and conditions governing your accounts, we reserve the right to close your accounts at any time. Currently, we respectfully request you review the clause below. Disclosed in the terms and conditions that govern your accounts, it refers to default and states the following:

*"You are in default if you make a late payment, do not follow any other term of this Agreement or become insolvent. If you default or upon your death, we may (a) request payment of the full amount due right away, (b) take legal action to collect the amounts owed, and/or (c) take any other action allowed."*

Based on a review of your Sam's Club Mastercard account ending in 0857, we have received eight returned checks in the past nine months. The dates the payments were received, and the amount of the payments are listed below.

- $430.21 submitted on September 30, 2024
- $10.00 submitted on December 22, 2024
- $200.00 submitted on January 19, 2025
- $50.00 submitted on February 21, 2025
- $89.00 submitted on March 14, 2025
- $73.00 submitted on April 22, 2025
- $139.00 submitted on May 22, 2025
- $208.00 submitted on June 22,2025

Based on a review of your Sam's Club Business Mastercard account ending in 2109, we have received two returned checks in the past six months. The dates the payments were received, and the amount of the payments are listed below.

- $177.27 submitted on January 19, 2025
- $220.48 submitted on February 15, 2025

Janet Lee Robinson
Page 2
July 8, 2025

The term "returned check" does not necessarily mean insufficient funds. The term could have a number of meanings, including but not limited to, insufficient funds, closed account, and/or unable to locate account. Per your request for an audit of your accounts since the payment issues started, I have enclosed partial account breakdowns from October 2024 to present for your Sam's Club Mastercard account, and from December 2024 to present on your Sam's Club Business Mastercard account.

As a result of the dishonored payments, on January 30, 2025, your Sam's Club Mastercard account ending in 0857 was closed, and a letter was sent to you advising of our decision. Additionally, as a result of the dishonored payments, on March 7, 2025, your Sam's Club Business Mastercard account ending in 2109 was closed, and a letter was sent to you advising of our decision. For your convenience, I have enclosed copies of the returned payment notification letters, and account closure letters for your Sam's Club Mastercard, and Sam's Club Business Mastercard accounts.

We regret any dissatisfaction you may have experienced regarding these accounts; however, we firmly believe we have abided by the terms of the accounts. As a result, at this time the action taken on your accounts will remain as stated in our original letter. Therefore, we must respectfully decline your request to reopen the accounts.

I'd like to address your concerns regarding the misapplied payment you mentioned in your CFPB inquiry. Upon review of your Sam's Club Mastercard account ending in 0857, on December 27, 2024, a payment of $25.00 was submitted via in store and posted to your account on December 27, 2024. On January 14, 2025, while speaking with a customer service representative, you indicated that payment was originally intended for your Sam's Club Business Mastercard account ending in 2109. On January 14, 2025, we debited the $25.00 payment from your account ending in 0857 and applied the $25.00 payment to your account ending in 2109. This payment transfer is reflected on your February 7, 2025, billing statement for your account ending in 2109, and on your February 27, 2025 billing statement for your account ending in 0857; copies of which are enclosed. In addition, a notification letter was sent on January 14, 2025, advising the payment correction was completed. I have enclosed a copy of the letter for your review.

In regard to the missing payment claim on your account ending in 0857. On March 14, 2025, we provided a provisional credit in the amount of $56.17 to your account ending in 0857 while we investigated your claim of a missing payment. On March 14, 2025, Synchrony sent a letter requesting documentation of the payment in question in order to assist us in resolving the matter. On April 11, 2025, we closed the missing payment dispute due to non-receipt of the requested documentation. We were unable to locate any payment based on the information you provided and were unable to approve your claim. As a result, the temporary credit placed on your account on March 14, 2025, in the amount of $56.17, was reversed. For your convenience, I have enclosed copies of the notification letters pertaining to your claim.

In the event you would like Synchrony to re-evaluate your claim of the missing payment, please provide us with the information requested below and we would be happy to assist you further.

Online/Electronic or Phone Payment:  If payment was made at the retailer's website, please provide the confirmation number you received at the time the payment was submitted, the date the payment cleared, the amount of the payment and the nine-digit routing number of the bank.

If payment was made online through your banking institution or by phone, please provide a letter from your bank stating the payment cleared, the date the payment cleared, the amount of the payment, the name of the payee and the nine-digit routing number of the bank or a copy of the transmittal/tracking report for the payment.

Please note that a copy of the scheduled payment or a bank statement showing the online payment being

Janet Lee Robinson
Page 3
July 8, 2025

withdrawn will not assist in our research. Some banks that provide online bill pay services still mail a physical check for payment. If your bank mailed a check for your payment, please contact your bank and obtain a copy of the front and back of the mailed check. Upon receipt of the above information, we will take the necessary steps to adjust your account. If we do not receive your response within 20 days of the date of this letter, we will consider the balance to be correct.

Interest charges on your revolving accounts are based on the outstanding balance for each billing period. For your convenience, a detailed description of the method used for calculating interest charges is located on the back of your billing statements. You may also refer to your Credit Agreement (Terms and Conditions), a copy of which are enclosed, for additional information on calculation of interest charges, and other fees that may be assessed to your accounts. Interest charges calculation may vary based on promotional purchases.

Upon review of your accounts, the interest charges accrued on the accounts are valid and were assessed in accordance with the terms of the accounts. Furthermore, we have verified our records regarding the returned payments on your accounts and it does not appear that a Synchrony error occurred. Therefore, we must respectfully decline your request to remove the interest charges from the accounts.

As of the date of this letter, your account ending in 2109 reflects a balance of $0.00. No further payments are due on this account.

As of the date of this letter, your account ending in 0857 reflects a balance of $910.20. This letter is to notify you that we have examined the account and verified the amount owed by you is accurate

Based on your inquiry, we have reviewed your account records and verified we have accurately reported your account history information on your Sam's Club Mastercard account, and your Sam's Club Business Mastercard account to the major credit bureaus. Since we have reported accurate information pertaining to your accounts, we are unable to delete or modify the status as reported. Therefore, your request for Synchrony to delete or modify these trade lines from your personal credit history has been respectfully declined.

We would like to stress compliance is very important to Synchrony, and we follow all applicable laws and regulations. Your accounts are also important to us, and we strive to serve our accountholders in a timely and satisfactory manner. We regret any dissatisfaction you may have experienced regarding these accounts.

Janet Lee Robinson
Page 4
July 8, 2025

Thank you for the opportunity to respond to your concerns raised through the CFPB. If you have additional
questions regarding this matter, contact me at (800) 419-5010, extension 4167075. I welcome the
opportunity to assist you.

Respectfully,

*Rebecca D.*

Rebecca D.
Senior Specialist
Corporate Consumer Relations
Synchrony
Attn: IID 518
965 Keller Road
Altamonte Springs, FL 32714

Enclosure(s)

cc:      Consumer Financial Protection Bureau

SYNCHRONY BANK
P.O. Box 71726
Philadelphia, PA 19176-1726



45595

01/30/2025

JANET ROBINSON
1378 DIVISION CT
HEMET CA 92543-7347

Account ending in: 2109

**We were unable to process your payment**

Hello JANET ROBINSON,

We want to let you know about a returned payment on your Sam's Club® Business Mastercard® account. Your payment in the amount of $177.27, previously credited to your account on 01/19/25, has been reversed.

Payments may be returned for a variety of reasons such as invalid bank information, incorrect or closed accounts, or the amount of available funds. Errors can also occur when entered online or via phone.

**Review your information as soon as possible**

Be sure to review your bank account details and contact your financial institution about changes or questions.

If you need to update your information for your Sam's Club Business Mastercard account, make a payment or have any questions, please let us know. We value your business and are here to help when you need us.

Sincerely,

Synchrony Customer Care
1-866-220-2760

Account is owned by SYNCHRONY BANK

SYNCHRONY BANK
P.O. Box 71726
Philadelphia, PA 19176-1726

**synchrony**

26643

02/27/2025

JANET ROBINSON
1378 DIVISION CT
HEMET CA 92543-7347

Account ending in: 2109

**We were unable to process your payment**

Hello JANET ROBINSON,

We want to let you know about a returned payment on your Sam's Club® Business Mastercard® account. Your payment in the amount of $220.48, previously credited to your account on 02/15/25, has been reversed.

Payments may be returned for a variety of reasons such as invalid bank information, incorrect or closed accounts, or the amount of available funds. Errors can also occur when entered online or via phone.

**Review your information as soon as possible**

Be sure to review your bank account details and contact your financial institution about changes or questions.

If you need to update your information for your Sam's Club Business Mastercard account, make a payment or have any questions, please let us know. We value your business and are here to help when you need us.

Sincerely,

Synchrony Customer Care
1-866-220-2760

Account is owned by SYNCHRONY BANK

Synchrony Bank
PO Box 71726
Philadelphia, PA 19176-1726

60960

03/07/2025

JANET ROBINSON
1378 DIVISION CT
HEMET CA 92543-7347

**Regarding your Sam's Club® Business Mastercard® account ending in 2109**

Dear Janet Robinson,

After a review of your account, Synchrony Bank has decided to close your account.

The reason(s) for our decision are listed below:

- The number of dishonored payments on this account

If there is a balance on your account, it remains due, according to the terms and conditions of the account.

If you have any questions, please call the phone number listed below.

Sincerely,

Synchrony Bank
1-866-220-2760

**Please see reverse side for important information**

**Account is owned by Synchrony Bank**

<u>ALL PERSONS TO WHOM THIS LETTER IS ADDRESSED</u>

Please direct any inquiries concerning this notice to the creditor whose name and address is located in the upper left hand corner of the reverse side.

Requests for a copy of your credit report should be sent to the credit reporting agency listed on the reverse side. If no agency is listed, a credit report was not utilized in making this decision.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.

Creditor: Synchrony Bank. The federal agency that administers compliance with this law concerning this creditor is the *Bureau of Consumer Financial Protection, 1700 G Street NW., Washington, DC 20552*.

Under the federal Fair Credit Reporting Act, if a consumer reporting agency or agencies is identified in this letter, you have the right (i) to obtain, within 60 days from your receipt of this letter, a free copy of a consumer report on you from the identified agency or agencies and (ii) to dispute the accuracy or completeness of any information on you in a consumer report furnished by the consumer reporting agency or agencies.

OHIO RESIDENTS: The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

OM670900
R12122023

SYNCHRONY BANK
P.O. Box 71726
Philadelphia, PA 19176-1726

128044

01/14/2025

JANET ROBINSON
1378 DIVISION CT
HEMET CA 92543-7347

**Account Number Ending In: 0857**

Dear JANET ROBINSON,

During a recent review of our account records, we discovered that we erroneously applied a payment in the amount of $25.00 to your Sam's Club® World Elite Mastercard® account.

To correct this error, we have charged your account for the same amount of the payment in order to reverse the payment. The adjustment will be shown on your next billing statement.

Please accept our apology for any inconvenience this may have caused you.

We appreciate you as a valued Sam's Club World Elite Mastercard member and hope you will continue to shop with us. If you have any questions or if we may be of further assistance, please contact us at the toll free number below.

Sincerely,

Customer Service Department
1-855-820-4009

<u>Sign Up for Account Alerts</u>
Transactions Above a Set Amount          Payment Due Date Reminders
Changes to Your eMail or Home Address
Payment Posted to Account          Account Becomes Past Due
samsclub.com/credit

Account is owned by SYNCHRONY BANK

SYNCHRONY BANK
P.O. Box 71726
Philadelphia, PA 19176-1726

160182

03/14/2025

JANET ROBINSON
1378 DIVISION CT
HEMET CA 92543-7347

ıllılılıııılılıılılıılılıılıılılıllılıllılıl

Account ending in: 0857

**We need more information.**

Hello JANET ROBINSON,

Thank you for your recent inquiry regarding a missing payment on your Sam's Club® World Elite Mastercard® account. The payment in question has not been credited to your account. To assist us in resolving this matter, we'll need documentation of the payment.

Depending on how the payment was originally submitted, you'll find the documents required to complete our research on the reverse side. Please send us the requested copies within 15 days of the date of this letter using one of the following options:

**Online:** Log in to samsclub.com/credit and attach via secure message. Click Messages at the top of the page and use the attachment feature. Please note, secure message is unavailable on mobile devices and tablets at this time.

**Mail:**    SYNCHRONY BANK
P.O. Box 71728
Philadelphia, PA 19176-1728

**Fax:**    1-866-248-8040

Please include a copy of this letter with any documentation that you submit. If unable to include a copy of this letter, please include your First and Last Name and the last four digits of your Synchrony account number as shown above on any documentation.

Once we receive the requested copies, we'll make any necessary adjustment(s) to your account. If we don't receive the information within the requested timeframe, the claim will be closed. However, if you submit the requested documentation after the timeframe, your claim will be re-opened.

*Please see reverse side for important information*

Account is owned by SYNCHRONY BANK

| How was your payment made? | Please provide the following documentation: | Additional helpful information: |
|---|---|---|
| If you made your payment using:<br><br>3rd Party Payment Services<br>Synchrony Mobile App<br>Over the Phone with Synchrony<br>Synchrony Online Website | Bank Statement | - Examples of 3rd Party Payment Services: Western Union, Zelle, Personal Bank Bill Pay Service, Check-free.<br><br>- Please be sure to send the complete bank statement(s) that includes the payment without crossing out or omitting any information. |
| If you mailed your payment to us:<br><br>Paper Check<br>Money Order<br>Balance Transfers<br>Escrow Check<br>Cashier's Check<br>Certified Check | Cashed Check Copy – Front & Back<br><br>OR<br><br>Bank Statement | - Clear, legible copy of Cashed Check or Money Order<br>- Do not send Money Order receipt – Contact issuer for Cashed Copy<br><br>OR<br><br>- Please be sure to send the complete bank statement(s) that includes the payment without crossing out or omitting any information. |
| If you made your payment at the store using:<br><br>Cash | Only Store Register Receipt required | - Requires clear, legible copy of store register receipt displaying payment |
| If you made your payment at the store using:<br><br>Paper check/ Electronically converted Check (ACH)<br>Debit Card Payment | Store register receipt PLUS bank statement required. | - Requires clear, legible copy of store register receipt displaying payment<br><br>- Please be sure to send the complete bank statement(s) that includes the payment without crossing out or omitting any information. |

OM67091Z
20231019

If you have any questions, please let us know. We value your business and are here to help when you need us.

Sincerely,

Customer Service Department
1-855-820-4009

SYNCHRONY BANK
P.O. Box 71726
Philadelphia, PA 19176-1726



103248

01/31/2025

JANET ROBINSON
1378 DIVISION CT
HEMET CA 92543-7347

**Account Number Ending In: 0857**

**We were unable to process your payment**

Hello JANET ROBINSON,

We want to let you know about a returned payment on your Sam's Club® World Elite Mastercard® account. Your payment in the amount of $200.00, previously credited to your account on 01/19/25, has been reversed.

Payments may be returned for a variety of reasons such as invalid bank information, incorrect or closed accounts, or the amount of available funds. Errors can also occur when entered online or via phone.

**Review your information as soon as possible**

Be sure to review your bank account details and contact your financial institution about changes or questions.

If you need to update your information for your Sam's Club World Elite Mastercard account, make a payment or have any questions, please let us know. We value your business and are here to help when you need us.

Sincerely,

Synchrony Customer Care
1-855-820-4009

Account is owned by SYNCHRONY BANK

SYNCHRONY BANK
P.O. Box 71726
Philadelphia, PA 19176-1726

91777

04/11/2025

JANET ROBINSON
1378 DIVISION CT
HEMET CA 92543-7347

Account ending in: 0857

Hello JANET ROBINSON,

We want to update you on a change to the dispute claim on your Sam's Club® World Elite Mastercard®
account. After further research, we were unable to locate any payment based on the information you provided
and we are unable to approve your claim.

As a result, the temporary credit placed on your account on 03/14/2025 in the amount of $56.17 has been
reversed along with associated interest and fee credits that were provided during our investigation. This claim
is now closed. Please refer to your next billing statement for your current balance, minimum payment due and
due date.

When you have a concern about your account, we want to do everything we can to resolve it right away. If
you're not in agreement with this resolution and would like to redispute, please send us any documentation in
support of your claim that was not previously provided. A copy of this letter should accompany documentation
that is sent at any time in response to your dispute claim. If unable to include a copy of this letter,
documentation must clearly identify your First and Last Name and the last 4- digits of the Synchrony account
number(s), as shown above, that are related to this dispute. Payment documentation should include a clear
and legible copy of the applicable payment method, please see reverse side.

If you have any questions, please let us know. We value your business and are here to help when you need
us.

Sincerely,

Customer Service Department
1-855-820-4009

*Please see reverse side for important information*

Account is owned by SYNCHRONY BANK

| How was your payment made? | Please provide the following documentation: | Additional helpful information: |
|---|---|---|
| If you made your payment using:<br><br>3rd Party Payment Services<br>Synchrony Mobile App<br>Over the Phone with Synchrony<br>Synchrony Online Website | Bank Statement | - Examples of 3rd Party Payment Services: Western Union, Zelle, Personal Bank Bill Pay Service, Check-free.<br><br>- Please be sure to send the complete bank statement(s) that includes the payment without crossing out or omitting any information. |
| If you mailed your payment to us:<br><br>Paper Check<br>Money Order<br>Balance Transfers<br>Escrow Check<br>Cashier's Check<br>Certified Check | Cashed Check Copy – Front & Back<br><br>OR<br><br>Bank Statement | - Clear, legible copy of Cashed Check or Money Order<br>- Do not send Money Order receipt – Contact issuer for Cashed Copy<br><br>OR<br><br>- Please be sure to send the complete bank statement(s) that includes the payment without crossing out or omitting any information. |
| If you made your payment at the store using:<br><br>Cash | Only Store Register Receipt required | - Requires clear, legible copy of store register receipt displaying payment |
| If you made your payment at the store using:<br><br>Paper check/ Electronically converted Check (ACH)<br>Debit Card Payment | Store register receipt PLUS bank statement required. | - Requires clear, legible copy of store register receipt displaying payment<br><br>- Please be sure to send the complete bank statement(s) that includes the payment without crossing out or omitting any information. |

OM67091Z
20231019

## Information about redisputing your claim

To redispute, you can mail/fax or attach a copy through secured email by providing us the requested copies of the payment documentation described on the previous page and any additional supporting information to the following:

**Online:** samsclub.com/credit

**Mail:**    SYNCHRONY BANK / Sam's Club World Elite Mastercard
             P.O. Box 71725
             Philadelphia, PA 19176-1725

**Fax:**    1-866-433-6076

We will report any re-dispute to the major credit bureaus. For your reference, we've included contact information for the credit bureaus that report this account.

**Equifax**
P.O. Box 740256
Atlanta, GA 30374-0256
1-866-349-5191
equifax.com

**Experian**
P.O. Box 4500
Allen, TX 75013
1-866-200-6020
experian.com

**Innovis Consumer Assistance**
P.O. Box 1640
Pittsburgh, PA 15230-1640
1-800-540-2505
innovis.com

**TransUnion**
P.O. Box 2000
Chester, PA 19016-2000
1-800-916-8800
transunion.com

**SYNCHRONY BANK**

SYNCHRONY BANK
P.O. Box 71726
Philadelphia, PA 19176-1726



126558

12/27/2024

JANET ROBINSON
1378 DIVISION CT
HEMET CA 92543-7347

**Account Number Ending In: 0857**

**We were unable to process your payment**

Hello JANET ROBINSON,

We want to let you know about a returned payment on your Sam's Club® World Elite Mastercard® account. Your payment in the amount of $10.00, previously credited to your account on 12/22/24, has been reversed.

Payments may be returned for a variety of reasons such as invalid bank information, incorrect or closed accounts, or the amount of available funds. Errors can also occur when entered online or via phone.

**Review your information as soon as possible**

Be sure to review your bank account details and contact your financial institution about changes or questions.

If you need to update your information for your Sam's Club World Elite Mastercard account, make a payment or have any questions, please let us know. We value your business and are here to help when you need us.

Sincerely,

Synchrony Customer Care
1-855-820-4009

Account is owned by SYNCHRONY BANK

SYNCHRONY BANK
P.O. Box 71726
Philadelphia, PA 19176-1726



87943

05/27/2025

JANET ROBINSON
1378 DIVISION CT
HEMET CA 92543-7347

**Account Number Ending In: 0857**

**We were unable to process your payment**

Hello JANET ROBINSON,

We want to let you know about a returned payment on your Sam's Club® World Elite Mastercard® account. Your payment in the amount of $139.00, previously credited to your account on 05/22/25, has been reversed.

Payments may be returned for a variety of reasons such as invalid bank information, incorrect or closed accounts, or the amount of available funds. Errors can also occur when entered online or via phone.

**Review your information as soon as possible**

Be sure to review your bank account details and contact your financial institution about changes or questions.

If you need to update your information for your Sam's Club World Elite Mastercard account, make a payment or have any questions, please let us know. We value your business and are here to help when you need us.

Sincerely,

Synchrony Customer Care
1-855-820-4009

Account is owned by SYNCHRONY BANK

SYNCHRONY BANK
P.O. Box 71726
Philadelphia, PA 19176-1726



78107

10/08/2024

JANET ROBINSON
1378 DIVISION CT
HEMET CA 92543-7347

**Account Number Ending In: 0857**

**We were unable to process your payment**

Hello JANET ROBINSON,

We want to let you know about a returned payment on your Sam's Club® World Elite Mastercard® account. Your payment in the amount of $430.21, previously credited to your account on 09/30/24, has been reversed.

Payments may be returned for a variety of reasons such as invalid bank information, incorrect or closed accounts, or the amount of available funds. Errors can also occur when entered online or via phone.

**Review your information as soon as possible**

Be sure to review your bank account details and contact your financial institution about changes or questions.

If you need to update your information for your Sam's Club World Elite Mastercard account, make a payment or have any questions, please let us know. We value your business and are here to help when you need us.

Sincerely,

Synchrony Customer Care
1-855-820-4009

Account is owned by SYNCHRONY BANK

SYNCHRONY BANK
P.O. Box 71726
Philadelphia, PA 19176-1726



134866

03/03/2025

JANET ROBINSON
1378 DIVISION CT
HEMET CA 92543-7347

**Account Number Ending In: 0857**

**We were unable to process your payment**

Hello JANET ROBINSON,

We want to let you know about a returned payment on your Sam's Club® World Elite Mastercard® account. Your payment in the amount of $50.00, previously credited to your account on 02/21/25, has been reversed.

Payments may be returned for a variety of reasons such as invalid bank information, incorrect or closed accounts, or the amount of available funds. Errors can also occur when entered online or via phone.

**Review your information as soon as possible**

Be sure to review your bank account details and contact your financial institution about changes or questions.

If you need to update your information for your Sam's Club World Elite Mastercard account, make a payment or have any questions, please let us know. We value your business and are here to help when you need us.

Sincerely,

Synchrony Customer Care
1-855-820-4009

Account is owned by SYNCHRONY BANK

SYNCHRONY BANK
P.O. Box 71726
Philadelphia, PA 19176-1726

 synchrony

82651

03/27/2025

JANET ROBINSON
1378 DIVISION CT
HEMET CA 92543-7347

**Account Number Ending In: 0857**

**We were unable to process your payment**

Hello JANET ROBINSON,

We want to let you know about a returned payment on your Sam's Club® World Elite Mastercard® account. Your payment in the amount of $89.00, previously credited to your account on 03/14/25, has been reversed.

Payments may be returned for a variety of reasons such as invalid bank information, incorrect or closed accounts, or the amount of available funds. Errors can also occur when entered online or via phone.

**Review your information as soon as possible**

Be sure to review your bank account details and contact your financial institution about changes or questions.

If you need to update your information for your Sam's Club World Elite Mastercard account, make a payment or have any questions, please let us know. We value your business and are here to help when you need us.

Sincerely,

Synchrony Customer Care
1-855-820-4009

Account is owned by SYNCHRONY BANK

SYNCHRONY BANK
P.O. Box 71726
Philadelphia, PA 19176-1726

158636

03/14/2025

JANET ROBINSON
1378 DIVISION CT
HEMET CA 92543-7347

Account ending in: 0857

Hello JANET ROBINSON,

Thank you for your recent inquiry regarding your Sam's Club® World Elite Mastercard® account.

We are researching the payment in question. You are not responsible for paying the disputed amount during our investigation. Therefore, while we complete our research we have issued a temporary credit to your account in the amount of $56.17 for the payment dated 03-03-2025 and associated interest and fees.

If we deny your claim or you cancel your claim we will reverse the temporary credit along with associated interest and fee credits that are provided during our investigation. We will notify you in writing if this is the case.

Please note that it could take up to 90 days to investigate and resolve your claim.

If you have any questions, please let us know. We value your business and are here to help when you need us.

Sincerely,

Synchrony Customer Care
1-855-820-4009

Account is owned by SYNCHRONY BANK

Synchrony Bank
PO Box 71726
Philadelphia, PA 19176-1726

41089

01/30/2025

JANET ROBINSON
1378 DIVISION CT
HEMET CA 92543-7347

**Regarding your Sam's Club® Mastercard® account ending in 0857**

Dear Janet Robinson,

After a review of your account, Synchrony Bank has decided to close your account.

The reason(s) for our decision are listed below:

- The number of dishonored payments on this account

If there is a balance on your account, it remains due, according to the terms and conditions of the account.

If you have any questions, please call the phone number listed below.

Sincerely,

Synchrony Bank
1-866-220-0254

**Please see reverse side for important information**

**Account is owned by Synchrony Bank**

ALL PERSONS TO WHOM THIS LETTER IS ADDRESSED

Please direct any inquiries concerning this notice to the creditor whose name and address is located in the upper left hand corner of the reverse side.

Requests for a copy of your credit report should be sent to the credit reporting agency listed on the reverse side. If no agency is listed, a credit report was not utilized in making this decision.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.

Creditor: Synchrony Bank. The federal agency that administers compliance with this law concerning this creditor is the *Bureau of Consumer Financial Protection, 1700 G Street NW., Washington, DC 20552*.

Under the federal Fair Credit Reporting Act, if a consumer reporting agency or agencies is identified in this letter, you have the right (i) to obtain, within 60 days from your receipt of this letter, a free copy of a consumer report on you from the identified agency or agencies and (ii) to dispute the accuracy or completeness of any information on you in a consumer report furnished by the consumer reporting agency or agencies.

OHIO RESIDENTS: The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

OM670900
R12122023

 sam's club ◇◇

**JANET ROBINSON**
Account Number ending in 2109

 synchrony

| PAGE 1 of 3 | Visit us at SamsClubCredit.com/businesscard or Call 1-866-220-2760 |

## Payment Information

| | | |
|---|---|---|
| New Balance: | $250.47 | Payments must be received by 5pm ET on 02/28/2025 if mailed, or by 11:59pm ET on 02/28/2025 for online and phone payments. |
| Amount Past Due: | $15.00 | |
| Total Minimum Payment Due: | $53.00 | |
| Payment Due Date: | 02/28/2025 | |

MEMBER SERVICE: For Account Information log on to SamsClubCredit.com/businesscard. This account is not registered. The authentication code is: 4OTH701. Or call toll-free 1-866-220-2760.

To make a payment, please visit us online or mail your payment using the coupon below. Payments are also accepted at your local CheckFreePay* or MoneyGram locations*. * Fees may apply.

## Account Summary

| | | | |
|---|---|---|---|
| Previous Balance as of 01/09/2025 | $232.83 | Credit Limit | $5,000 |
| Payments | - 202.27 | Available Credit | $4,749 |
| Other Credits | - 30.56 | Cash Advance Limit | $1,000 |
| Purchases/Debits | + 177.27 | Available Cash | $1,000 |
| Fees Charged | + 67.99 | | |
| Interest Charges | + 5.21 | | |
| New Balance as of 02/08/2025 | $250.47 | | |

31 Day Billing Cycle from 01/09/2025 to 02/08/2025

## Earn Sam's Cash every month!

sam's cash

Don't miss out

Use your Sam's Club® Mastercard® each month to make everyday purchases and see how quickly your Sam's Cash stacks up. Plus, you can redeem it monthly.

Visit SamsCashInfo.com for details.

* Subject to credit approval. See your "How to Earn Sam's Cash with Your Sam's Club® Mastercard®" rewards program terms for details.

6709        HJJ        1    7  8    250207        D PAGE 1 of 3        1469  1100  B656  O1FW6709

Use blue or black ink,
detach & mail with your
check.

| Account Number | 2109 |
|---|---|
| New Balance | $250.47 |
| Total Minimum Payment Due | $53.00 |
| Payment Due Date | 02/28/2025 |

| Amount Past Due | | Amount Enclosed | $ |
|---|---|---|---|
| $15.00 | | | |

No other correspondence please.
Print new address or email changes on back.

JANET ROBINSON
1378 DIVISION CT
HEMET CA 92543-7347

Make   SAM'S CLUB MC/SYNCB
Payment   PO BOX 71712
to:   PHILADELPHIA, PA 19176-1712

0003800017727  000530000025047    000

**Customer Service:** For account information, call the number on the front of this statement. For Hearing or Speech disabilities, use a TRS. Unless your name is listed on this statement, your access to information on the account may be limited. You may also mail questions (but not payments) to: P.O. Box 71726, Philadelphia, PA 19176-1726. Please include your account number on any correspondence you send to us.
**Payments:** Send payments to the address listed on the remit portion of this statement or pay online.
**Notice:** See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, P.O. Box 71725, Philadelphia, PA 19176-1725.

Purchases, returns, and payments made just prior to billing date may not appear until next month's statement. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. You may choose not to have your payment collected electronically by sending your payment (with the payment stub), in your own envelope – not the enclosed window envelope, addressed to: P.O. Box 669826, Dallas, TX 75266-0783 and not the Payment Address.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at: Synchrony Bank, P.O. Box 71725, Philadelphia, PA 19176-1725
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Synchrony Bank, P.O. Box 71725, Philadelphia, PA 19176-1725
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Information About Payments:** You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment. Payments received after 5:00 p.m. (ET) on any day will be credited as of the next day. Credit to your Account may be delayed up to five days if payment (a) is not received at the Payment Address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, or (e) includes staples, paper clips, tape, a folded check, or correspondence of any type. **Conditional Payments:** All written communications concerning disputed amounts, including any check or other payment instrument that: (i) indicates that the payment constitutes "payment in full" or is tendered as full satisfaction of a disputed amount; or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at P.O. Box 71725, Philadelphia, PA 19176-1725.

**Credits To Your Account:** An amount shown in parentheses or preceded by a minus (-) sign is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any required payment that may be due.
**Credit Reports And Account Information:** If you believe that we have reported inaccurate information about you to a consumer reporting agency, please contact us at P.O. Box 71727, Philadelphia, PA 19176-127. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
**How We Calculate Interest**
**Daily Balance Method:** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. We then add the interest to the daily balance. To get the "daily balance" we take the beginning balance of your account each day (which includes unpaid interest), add any new charges and applicable fees, and subtract any payments or credits. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. A separate daily balance will be calculated for each balance type on your account. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle.

We will not charge you any interest on purchases if you pay your entire balance by the due date each month. Please refer to the due date shown on the front of your statement. We will begin charging interest on cash advances on the transaction date. If balance transfers are made available to you, we will begin charging interest on balance transfers on the transaction date.

*Your Account is owned and serviced by Synchrony Bank.*

[WF6455521FD]                                     O1FW6709 - 03/06/23

**Bankruptcy Notice:** If you file bankruptcy, you must send us notice, including account number and all information related to the proceeding to the following address: Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 71783, Philadelphia, PA 19176-1783.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

*By providing a telephone number on your account, you consent to Synchrony Bank and any other owner or servicer of your account contacting you about your account, including using any contact information or cell phone numbers you provide, and you consent to the use of any automatic telephone dialing system and/or an artificial or prerecorded voice when contacting you, even if you are charged for the call under your phone plan.

For changes of address, phone number and/or email, please check the box and print the changes below.

☐   Street
    Address   _____
    City, State  _____
    ZIP
    Phone #   _____
    Email

       *Home Phone #     **Business Phone #     **Cell # or other phone #     **Email Address
                                     we can use to contact you

**By providing your email address, you agree to receive email communications about your account and also give permission for us to share your email address with Sam's Club.



sam's club ‹›    JANET ROBINSON
Account Number ending in 2109    synchrony

| PAGE 2 of 3 | Visit us at SamsClubCredit.com/businesscard or Call 1-866-220-2760 |

## Rewards Summary



| | |
|---|---|
| 5% earned on Gas/EVCharging | $0.00 |
| 3% earned on Dining | $0.00 |
| 1% earned on Other Purchases | $0.00 |
| Rewards this Statement | $0.00 |

**See what new items have landed at your club.**
Visit SamsClub.com/NewItems or scan the QR code to check them out.



## Transaction Detail

| Date | Reference # | Description | Amount |
|---|---|---|---|
| **Payments** | | | **-$202.27** |
| 12/27 | F1469000E600MP014 | PAYMENT - THANK YOU | -$25.00 |
| 01/19 | 85560530L00XS6H17 | PHONE PAYMENT-THANK YOU | -$177.27 |
| | | TOTAL 5560531115782109    $202.27- | |
| **Other Credits** | | | **-$30.56** |
| 12/27 | | *INTEREST CHARGE* PREV CYCLE PURCHASES | -$0.57 |
| 12/27 | | PREVIOUS CYCLE LATE FEE | -$29.99 |
| | | TOTAL 5560531115782109    $30.56- | |
| **Purchases and Other Debits** | | | **$177.27** |
| 01/19 | F1469000X000Q5001 | PHONE PAYMENT-THANK YOU | $177.27 |
| | | TOTAL 5560531115782109    $177.27 | |
| **Total Fees Charged This Period** | | | **$67.99** |
| | | LATE FEE | $29.99 |
| 01/29 | F1469000X000Q5AUT | RETURNED CHECK CHG | $38.00 |
| **Total Interest Charged This Period** | | | **$5.21** |
| 02/08 | *INTEREST CHARGE* | PURCHASES  $5.21 CASH ADVANCE  $0.00 | $5.21 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.    (v) = Variable Rate

| Type of Balance | Expiration Date | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | N/A | 29.99% (v) | $201.87 | $5.21 |
| Cash Advances | N/A | 29.99% (v) | $0.00 | $0.00 |

THE APR RATE SHOWN ON THIS STATEMENT MAY VARY.

## Cardholder News and Information

YOUR ACCOUNT IS PAST DUE. PLEASE PAY THE MINIMUM PAYMENT DUE OR
CONTACT THIS OFFICE AT THE PHONE NUMBER LISTED ON YOUR STATEMENT.

If you are charged interest, the charge will never be less than the minimum interest charge disclosed in your terms and conditions. If you incurred interest less than this amount (please see above in the Interest Charge Calculation section) we will increase this charge to this amount.

(Continued on next page)



**Your next smart business move.**

Register and experience the Sam's Club Business credit card Online Account Management site.

**Registering for online account management is as easy as...**

1  Have your account number and authentication code ready

2  Scan the QR code or go to sam sclub.com/ commercialregisteration to register

## Cardholder News and Information(Continued)

Please be aware of a change that is being made to your account terms. We are clarifying the types of transactions deemed a cash advance and therefore subject to the cash advances APR and cash advances fee set forth in your agreement. Specifically, a person-to-person money transfer (P2P) is a type of electronic or wire transfer and may be treated as a cash advance, similar to the purchase of other cash-like items. These changes will take effect immediately. The new terms language for cash advances is amended as follows:

"You may use your Card and Account only for purposes other than personal, family or household purposes, including to purchase goods or services from any Sam's Club and from any merchant that accepts Mastercard® credit cards ("Purchases").

You also may use your Card or Account to obtain cash loans at any institution that accepts the Card or Account, including any Automated Teller Machines ("Cash Advances"). The following transactions are treated as Cash Advances: drafts, money orders, cashier's checks, traveler's checks, electronic or wire transfers (including, but not limited to, person-to-person money transfers (P2P)), foreign currency or other in-bank transactions, tax payments, lottery tickets or other legalized gambling transactions, court costs, bail bonds, person-to-person payments, fines, and other cash-like transactions. We rely on third parties to send us the accurate classification of transactions, including certain transactions as purchases and others as cash advances, and this classification affects how the transaction is treated under the terms of this Agreement".

Did you know your Mastercard offers Mastercard ID Theft Protection. For more information about this benefit or to view the current benefits offered by Mastercard, please visit: https://www.mastercard.us/SmallBusinessBenefits

NOTICE: We may convert your payment into an electronic debit. See back of page one for details, Billing Rights and other important information.

## Member News and Information

For more information about the Sam's Club ® Mastercard ® Reward Program terms, log on to **SamsClubCredit.com/credit**  or call the 24 Hour Credit Card Service phone number of the back of your card.

Go green and support the environment with paperless statements! All you have to do is visit **SamsClubCredit.com/businesscard** to sign up. Register today to start receiving your statements online.

 sam's club <> **JANET ROBINSON**
Account Number ending in 0857
Sam's Club® World Elite Mastercard®

 synchrony

| PAGE 1 of 3 | Visit us at SamsClubCredit.com/login or Call 1-855-820-4009 |

## Payment Information

AUTOPAY OF $114.00 SET FOR 03/22/25

**$**

| New Balance: | $1,119.15 |
| Amount Past Due: | $40.00 |
| Total Minimum Payment Due: | $114.00 |
| Payment Due Date: | 03/22/2025 |

Payments must be received by 5pm ET on 03/22/2025 if mailed, or by 11:59pm ET on 03/22/2025 for online and phone payments.

To make a payment, please visit us online or mail your payment using the coupon below. Payments are also accepted at your local CheckFreePay® or MoneyGram locations*. * Fees may apply.

**Late Payment Warning:** If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $40.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
| --- | --- | --- |
| **Only the minimum payment** | **3 years** | **$1,697.00** |

If you would like information about    credit counseling services, call 1-877-302-8775.

## Account Summary

| Previous Balance as of 01/31/2025 | $1,056.66 | | Credit Limit | $2,600 |
| --- | --- | --- | --- | --- |
| Payments | - 50.00 | | Available Credit | $0 |
| Purchases/Debits | + 50.00 | | Cash Advance Limit | $520 |
| Fees Charged | + 40.00 | | Available Cash | $0 |
| Interest Charges | + 22.49 | | | |
| **New Balance** as of 02/27/2025 | $1,119.15 | | | |

28 Day Billing Cycle from 01/31/2025 to 02/27/2025



sam's cash

# Don't miss out on earning Sam's Cash!

Shop with your Sam's Club Mastercard and see how quickly it stacks up.*

See SamsCashInfo.com to learn more.

Sam's Cash image is for illustration only.

*Subject to credit approval. See your "How to Earn Sam's Cash with Your Sam's Club Mastercard®" rewards program terms for details.

6709      HFJ      1      7 27 250227      E D PAGE 1 of 3      1468  1200  A816  O1FN6709

AUTOPAY OF $114.00 SET FOR 03/22/25

| Account Number | 0857 |
| --- | --- |
| New Balance | $1,119.15 |
| Total Minimum Payment Due | $114.00 |
| Payment Due Date | 03/22/2025 |

| | Amount Past Due | | Amount Enclosed | $ |
| --- | --- | --- | --- | --- |
| | $40.00 | | | |

JANET ROBINSON
1378 DIVISION CT
HEMET CA 92543-7347

Make    SAM'S CLUB MC/SYNCB
Payment  PO BOX 71711
to:     PHILADELPHIA, PA 19176-1711

0007400000050000    00114000000111915    000

**Customer Service:** For account information, call the number on the front of this statement. For Hearing or Speech disabilities, use a TRS. Unless your name is listed on this statement, your access to information on the account may be limited. You may also mail questions (but not payments) to: P.O. Box 71726, Philadelphia, PA 19176-1726. Please include your account number on any correspondence you send to us.
**Payments:** Send payments to the address listed on the remit portion of this statement or pay online.
**Notice:** See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, P.O. Box 71725, Philadelphia, PA 19176-1725.

Purchases, returns, and payments made just prior to billing date may not appear until next month's statement. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. You may choose not to have your payment collected electronically by sending your payment (with the payment stub), in your own envelope – not the enclosed window envelope, addressed to: P.O. Box 669826, Dallas, TX 75266-0783 and not the Payment Address.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at: Synchrony Bank, P.O. Box 71725, Philadelphia, PA 19176-1725
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Synchrony Bank, P.O. Box 71725, Philadelphia, PA 19176-1725
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Information About Payments:** You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment. Payments received after 5:00 p.m. (ET) on any day will be credited as of the next day. Credit to your Account may be delayed up to five days if payment (a) is not received at the Payment Address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, or (e) includes staples, paper clips, tape, a folded check, or correspondence of any type. **Conditional Payments:** All written communications concerning disputed amounts, including any check or other payment instrument that: (i) indicates that the payment constitutes "payment in full" or is tendered as full satisfaction of a disputed amount; or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at P.O. Box 71725, Philadelphia, PA 19176-1725.

**Credits To Your Account:** An amount shown in parentheses or preceded by a minus (-) sign is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any required payment that may be due.
**Credit Reports And Account Information:** If you believe that we have reported inaccurate information about you to a consumer reporting agency, please contact us at P.O. Box 71727, Philadelphia, PA 19176-1727. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
**How We Calculate Interest**
**Daily Balance Method:** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. We then add the interest to the daily balance. To get the "daily balance" we take the beginning balance of your account each day (which includes unpaid interest), add any new charges and applicable fees, and subtract any payments or credits. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. A daily balance will be calculated for each balance type on your account. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle.

We will not charge you interest on purchases if you pay your entire balance by the due date each month. Please refer to the due date shown on the front of your statement. We will begin charging interest on cash advances on the transaction date. If balance transfers are made available to you, we will begin charging interest on balance transfers on the transaction date.

**Your Account is owned and serviced by Synchrony Bank.**

[WF6455521FD]                                        O1FW6709 - 03/06/23

**Bankruptcy Notice:** If you file bankruptcy, you must send us notice, including account number and all information related to the proceeding to the following address: Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 71783, Philadelphia, PA 19176-1783.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

*By providing a telephone number on your account, you consent to Synchrony Bank and any other owner or servicer of your account contacting you about your account, including using any contact information or cell phone numbers you provide, and you consent to the use of any automatic telephone dialing system and/or an artificial or prerecorded voice when contacting you, even if you are charged for the call under your phone plan.

For changes of address, phone number and/or email, please check the box and print the changes below.

☐ Street Address _____
   City, State _____
   ZIP
   Phone # _____
   Email

   *Home Phone #    *Business Phone #    *Cell # or other phone #    **Email Address
                                          we can use to contact you

**By providing your email address, you agree to receive email communications about your account and also give permission for us to share your email address with Sam's Club.



sam's club ◇  JANET ROBINSON
Account Number ending in 0857
Sam's Club® World Elite Mastercard®  synchrony

## Rewards Summary

| | |
|---|---|
| 5% earned on Gas/EVCharging | $0.00 |
| 3% earned on Dining | $0.00 |
| 1% earned on Other Purchases | $0.00 |
| Rewards this Statement | $0.00 |
| Total Rewards Earned 2025 | $6.93 |

**Total Rewards earned 2025**

■ $1.15 on Gas /EVCharging
■ $5.78 on Sam's Club Purchases

## Promotional Purchase Summary

| Purchase Date | Purchase Amount Special Terms | Deferred Interest Charge | Promotional Balance | Expiration Date |
|---|---|---|---|---|
| 07/16/2023 | $25,000.00 With Payment No Interest | $0.00 | $29.00 | Until Paid Off |

The applicable terms of your promotional purchases are below.
**DEFERRED INTEREST** To avoid paying Deferred Interest Charges on any Deferred Interest promotion(s), you must pay the entire applicable Promotional Balance by the Expiration Date.
**NO INTEREST** promotions are not assessed interest charges during the promotional period.
For each promotional purchase, standard account terms will apply to any remaining balance after the Expiration Date. To make more than one payment, you can pay online at the online address stated above or you can mail in your payment to the address on the remit stub. This address is also available from our automated customer service system.

## Transaction Detail

| Date | Reference # | Description | Amount |
|---|---|---|---|
| **Payments** | | | **-$50.00** |
| 02/21 | F1468001L00CHGDDA | AUTOMATIC PAYMENT - THANK YOU | -$50.00 |
| **Purchases and Other Debits** | | | **$50.00** |
| 02/21 | F1468001U000IA001 | ADJUSTMENT-PAYMENTS | $50.00 |
| **Total Fees Charged This Period** | | | **$40.00** |
| 02/22 | | LATE FEE | $40.00 |
| **Total Interest Charged This Period** | | | **$22.49** |
| 02/27 | | INTEREST CHARGE ON PURCHASES | $22.49 |
| 02/27 | | INTEREST CHARGE ON CASH ADVANCES | $0.00 |

| 2025 Year-to-Date Fees and Interest | |
|---|---|
| Total Fees Charged | $40.00 |
| Total Interest Charged | $181.51 |
| Total Fees & Interest Charged | $221.51 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.                          (v) = Variable Rate

| Type of Balance | Expiration Date | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Regular Purchases | N/A | 27.90% (v) | $1,000.99 | $22.49 |
| Cash Advances | N/A | 30.90% (v) | $0.00 | $0.00 |
| No Payment No Interest | Until Paid Off | 0.00% | $0.00 | $0.00 |

## Cardholder News and Information

If you are charged interest, the charge will never be less than the minimum interest charge disclosed in your terms and conditions. If you incurred interest less than this amount (please see above in the Interest Charge Calculation section) we will increase the charge to this amount.

(Continued on next page)



More control. Instant access. sam's club ◇

Download the app and stay connected to your Sam's Club® Mastercard. Track and update your account anytime, anywhere.

 App Store   Google Play

Or text SAMS to 22195 for a download link

## Cardholder News and Information(Continued)

Please be aware of a change that is being made to your account terms. We are clarifying the types of transactions deemed a cash advance and therefore subject to the cash advances APR and cash advances fee set forth in your agreement. Specifically, a person-to-person money transfer (P2P) is a type of electronic or wire transfer and may be treated as a cash advance, similar to the purchase of other cash-like items. These changes will take effect immediately. The new terms language for cash advances is amended as follows:

"Cash Advances. We may offer you the opportunity to get a cash advance with convenience checks that we send you. We may not honor a convenience check for any reason stated on the check. You can also get cash or make a withdrawal from any institution or ATM that accepts the card or the account.

In addition, we will treat any transaction classified as the purchase of certain cash-like items as cash advances. Cash-like items include for example, money orders, cashier's checks, traveler's checks, electronic or wire transfers (including, but not limited to, person-to-person money transfers (P2P)), foreign currency or other in-bank transactions, tax payments, lottery tickets or other legalized gambling transactions, court costs, bail bonds and fines.

We rely on third parties to send us the accurate classification of transactions, including certain transactions as purchases and others as cash advances, and this classification affects how the transaction is treated under the terms of this Agreement."

The Annual Percentage Rate (APR) for Purchases will apply to any current Balance Transfers you may have on your account that are not subject to a promotional APR.

Did you know your Mastercard offers Mastercard ID Theft Protection. For more information about this benefit or to view the current benefits offered by Mastercard, please visit: www.mastercard.com/corecredit-GTB.

If your account has a deferred interest promotion and you would like us to apply a payment on your account to a specific balance, please call Customer Service to discuss options that may be available.

You can pay your bill online or over the phone. We noticed you've been enjoying our easy paperless payment options, so we will no longer be including return envelopes. You can make things even easier by selecting the paperless statement option on your account online.

NOTICE: We may convert your payment into an electronic debit. See back of page one for details, Billing Rights and other important information.

## Member News and Information

For more information about the Sam's Club ® Mastercard ® Reward Program terms, log on to    **SamsClubCredit.com/credit**  or call the 24 Hour Credit Card Service phone number of the back of your card.

Template 01H VV NO BT NSF CA

**SYNCHRONY BANK**
**PRICING INFORMATION ADDENDUM**
**FOR YOUR SAMS CLUB® MASTERCARD® CARD ACCOUNT ENDING IN 0857**

| Interest Rates and Interest Charges | |
|---|---|
| **Annual Percentage Rate (APR) for Purchases** | The APR for your purchases is the Prime Rate plus **20.40%**.<br><br>The daily rate for purchases is the Prime Rate plus **20.40%**, times 1/365.<br><br>This APR will vary with the market based on the Prime Rate. |
| **APR for Cash Advances** | The APR for your cash advances is the Prime Rate plus **23.40%**.<br><br>The daily rate for cash advances is the Prime Rate plus **23.40%**, times 1/365.<br><br>This APR will vary with the market based on the Prime Rate. |
| **Paying Interest** | Your due date is at least 23 days after the close of each billing period. We will not charge you any interest on purchases if you pay your entire balance by the due date each month. We will begin charging interest on cash advances and balance transfers on the transaction date. |
| **Minimum Finance Charge** | If you are charged interest, the Finance Charge will be no less than $2.00. |

**SEE NEXT PAGE for more important information about your Account.**

| Fees | |
|---|---|
| **Transaction Fees** | |
| • Cash Advance | Either **$5** or **3%** of the amount of each cash advance, whichever is greater (maximum fee **$75**). |
| • Foreign Transaction | **Not Applicable.** |
| **Penalty Fees** | |
| • Late Payment | Up to **$40** |
| | The amount of the late payment fee will be equal to: (1) $29 if you have paid at least your total minimum payment due by the due date in each of the prior six billing cycles or (2) $40 if you have failed to pay at least the total minimum payment due by the due date in any one or more of the prior six billing cycles. However, if the late payment fee would exceed the total minimum payment for which the late payment fee is assessed, the amount of the late payment fee will instead be equal to the amount of the total minimum payment that was due. |
| • Returned Payment | Not Applicable |

**How We Will Calculate Your Balance:** We use a method called "daily balance".

**Variable Rate Information**
The Prime Rate for a billing period is the highest bank prime loan rate as published in *The Wall Street Journal* in its Money Rates section on the last business day of the calendar month preceding the first day of the billing period.

The Periodic Rate and corresponding APRs may vary. If the Prime Rate increases, the Periodic Rates and corresponding APRs may increase, and as a result the periodic Finance Charge, Total Minimum Payment, and number of payments also may increase. Any change in the Periodic Rates will apply to your entire Account balance (unless otherwise specified in any applicable promotional offer that provides for different terms for that promotion). A change in the Prime Rate will take effect on the first day of the billing period after the change. We may select a new interest rate index if the Prime Rate is not available.

## SECTION I: RATES AND FEES TABLE
## SAM'S CLUB® MASTERCARD® ACCOUNT AGREEMENT

Information from Section I of the Sam's Club® Mastercard® Account Agreement is provided in the accompanying Pricing Information Addendum.

## SECTION II: RATES, FEES AND PAYMENT INFORMATION
## SAM'S CLUB® MASTERCARD® ACCOUNT AGREEMENT

| How Interest is Calculated | |
|---|---|
| **Your Interest Rate** | We use a daily rate to calculate the interest on the balance on your account each day. The daily rate is the applicable APR times 1/365. Interest will be imposed in amounts or at rates not in excess of those permitted by applicable law. See the accompanying Pricing Information Addendum for your daily rate for purchases and cash advances and corresponding APR information. |
| **When We Charge Interest** | **Purchases.** We charge interest on your purchases from the date you make the purchase until you pay the purchase in full. See exceptions below. <br> • We will not charge you interest during a billing cycle on any purchases if: <br>    1. You had no balance at the start of the billing cycle; OR <br>    2. You had a balance at the start of the billing cycle and you paid that balance in full by the due date in that billing cycle. <br> • We will credit, as of the start of the billing cycle, any payment you make by the due date that we allocate to purchases if: <br>    1. You had no balance at the start of the previous billing cycle; OR <br>    2. You had a balance at the start of the previous billing cycle and you paid that balance in full by the due date in the previous billing cycle. <br> **Cash Advances.** We charge interest on your cash advances, and their related fees, from the date you make the transaction until you pay them in full. You cannot avoid paying interest on cash advances or their related fees. |
| **How We Calculate Interest** | We figure the interest charge on your account separately for each balance type. We do this by applying the daily rate to the daily balance for each day in the billing cycle. A separate daily balance is calculated for the following balance types, as applicable: purchases, cash advances and balances subject to different interest rates, plans or special promotions. See below for how this works. <br>    1. How to get the daily balance: We take the starting balance each day, add any new charges and fees, and subtract any payments or credits. This gives us the daily balance. <br>    We apply fees to balance types as follows: <br>      (a) late payment fees or returned payment fees are treated as new purchases; <br>      (b) debt cancellation fees are added proportionately to each balance; and <br>      (c) cash advance fees are added to the cash advance balance. <br>    2. How to get the daily interest amount: We multiply each daily balance by the daily rate that applies. <br>    3. How to get the starting balance for the next day: We add the daily interest amount in step 2 to the daily balance from step 1. <br>    4. How to get the interest charge for the billing cycle: We add all the daily interest amounts that were charged during the billing cycle. <br> We charge a minimum interest in any billing cycle in which you owe interest. This charge is added proportionately to each balance type. See the accompanying Pricing Information Addendum for the amount of your minimum interest charge. |

| How Fees Work | |
|---|---|
| **Cash Advance Fee** | We will charge this fee for each cash advance you make. For ATM cash advances this fee is in addition to any fee the ATM owner may charge you for use of the ATM. |
| **Foreign Transaction Fee** | We will not charge a foreign transaction fee.<br><br>If you make a transaction with your account in a currency other than U.S. dollars, Mastercard will convert the transaction amount into U.S. dollars using its currency conversion procedure. Under the currency conversion procedure that Mastercard currently uses, the non-U.S. dollar transaction amount is converted into a U.S. dollar amount by multiplying the transaction amount in the non-U.S. dollar currency by a currency conversion rate. Mastercard's currency conversion procedure is based on rates observed in the wholesale market or government-mandated rates, where applicable. The currency conversion rate that Mastercard uses for a particular transaction is the rate for the applicable currency on the date that the transaction occurred. However, in limited situations, particularly where transaction submissions to Mastercard for processing are delayed, the currency conversion rate that Mastercard uses may be the rate for the applicable currency on the date that the transaction is processed. |
| **Late Payment Fee** | We will charge this fee if we do not receive the total minimum payment due on your account by the due date in accordance with the requirements set forth on each billing statement. See the accompanying Pricing Information Addendum for the amount of this fee. |
| **Returned Payment Fee** | We will charge this fee for any returned payment, such as if any check, other instrument, or electronic payment authorization you provide us in payment on your account, is not honored, returned unpaid or cannot be processed for any reason. See the accompanying Pricing Information Addendum for the amount of this fee. |

**Minimum Payment Calculation**

See the accompanying Variable Terms Addendum for how your total minimum payment due is calculated.

**Special Promotional Financing Offer Information**

At times, we may offer you special financing promotions for certain transactions ("special promotions"). The terms of the Agreement apply to any special promotion. However, any special promotional terms that are different than the terms in the Agreement will be explained on special promotional advertising or other disclosures provided to you. Below is a description of certain special promotions that may be offered:

| | |
|---|---|
| • No Interest for 6 Months | For each promotion, after the promotion ends, the variable Purchase APR that applies to your account when the promotional purchase is made will apply.<br><br>See the accompanying Pricing Information Addendum for your purchase APR. |
| • No Interest for 12 Months | |
| • No Interest for 18 Months | |
| • No Interest for 24 Months | |
| • No Interest for 36 Months | |
| • No Interest for 48 Months | |

When you make a qualifying purchase under one of these promotions, no interest will be assessed on the purchase during the promotional period, but minimum monthly payments are required. Regular account terms apply to non-promotional purchases and, after promotion ends, to your promotional purchases. Offers are subject to credit approval. These promotional offers may not be available at all times for all purchases. Please see any special promotion advertising or other disclosures provided to you for the full terms of any special promotion offered. In addition, the special promotions described below may be offered:

| | |
|---|---|
| • No Interest if Paid in Full Within 6 Months | For each promotion, if the promotional balance is not paid in full within the promotional period, interest will be imposed from the date of purchase at the variable Purchase APR that applies to your account when the promotional purchase is made.<br><br>See the accompanying Pricing Information Addendum for your purchase APR. |
| • No Interest if Paid in Full Within 12 Months | |
| • No Interest if Paid in Full Within 18 Months | |
| • No Interest if Paid in Full Within 24 Months | |
| • No Interest if Paid in Full Within 36 Months | |
| • No Interest if Paid in Full Within 48 Months | |

When you make a qualifying purchase under one of these promotions, no interest will be assessed on the purchase if you pay the following (the "promotional balance") in full within the applicable promotional period: (1) the promotional purchase amount, and (2) any related optional credit insurance/debt cancellation charges. If you do not, interest will be assessed on the promotional balance from the date of purchase. Minimum monthly payments are required. Some or all of the minimum payment based on the promotional balance may be applied to other account balances. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchases. Offers are subject to credit approval. These promotional offers may not be available at all times for all purchases. Please see any special promotion advertising or other disclosures provided to you for the full terms of any special promotion offered.

## SECTION III: STANDARD PROVISIONS
### SAM'S CLUB® MASTERCARD® ACCOUNT AGREEMENT

### ABOUT THE CREDIT CARD ACCOUNT AGREEMENT

**This Agreement.** This is an Agreement between you and Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020, for your credit card account shown above. By opening or using your account, you agree to the terms of the entire Agreement. The entire Agreement includes the four sections of this document and the application you submitted to us in connection with the account. These documents replace any other agreement relating to your account that you or we made earlier or at the same time.

**Parties To This Agreement.** This Agreement applies to each accountholder approved on the account and each of you is responsible for paying the full amount due, no matter which one uses the account. We may treat each of you as one accountholder and may refer to each of you as "you" or "your." Synchrony Bank may be referred to as "we," "us" or "our."

**Changes To This Agreement.** We may change, add or delete terms of this Agreement, including interest rates, fees and charges.

**Special Promotions.** The terms of this Agreement apply to any special promotion. However, any special promotional terms that are different than the terms in this Agreement will be explained on promotional advertising or other disclosures provided to you.

### HOW TO USE YOUR ACCOUNT/CARD

**Use Of Your Account.** You may use your account only for lawful personal, family or household purposes. You may use your account for purchases from Sam's Club and Walmart locations, including online at SamsClub.com and www.walmart.com and from any merchant that accepts Mastercard credit cards. You may get cash advances as further explained below. You may not use your account to pay amounts you owe us on this account or any other account you have with us.

**Cash Advances.** We may offer you the opportunity to get a cash advance with convenience checks that we send you. We may not honor a convenience check for any reason stated on the check. You can also get cash or make a withdrawal from any institution or ATM that accepts the card or the account. In addition, we will treat any purchase of certain cash-like items as cash advances. Cash-like items include, for example, money orders, cashier's checks, traveler's checks, electronic or wire transfers (including, but not limited to, person-to-person money transfers (P2P)), foreign currency or other in-bank transactions, tax payments, lottery tickets or other legalized gambling transactions, court costs, bail bonds and fines. We rely on third parties to send us the accurate classification of transactions, including certain transactions as purchases and others as cash advances, and this classification affects how the transaction is treated under the terms of this Agreement.

**You Promise To Pay.** You promise to pay us for all amounts owed to us under this Agreement.

**Your Responsibility.** Each accountholder will receive a card. You may not allow anyone else to use your account. If you do, or if you ask us to send a card to someone else, you will be responsible for paying for all charges resulting from their transactions.

**Transaction Limits.** To prevent fraud, we may limit the number or dollar amount of any type of transactions you can make in any particular amount of time. We also may decline any particular charge on your account for any reason.

**Credit Limit.** You will be assigned a credit limit and cash advance limit on your account that we may increase or decrease from time to time. If we approve a transaction that makes you go over your credit limit or your cash advance limit, we do not give up any rights under this Agreement and we do not treat it as an increase in either limit.

### HOW AND WHEN TO MAKE PAYMENTS

**When Payments Are Due.** You must pay at least the total minimum payment due on your account by the due date of each billing cycle in accordance with the requirements set forth on each billing statement. Payments received after the due date will be credited as of the next day. You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment. If you have a balance subject to interest, earlier payment may reduce the amount of interest you will pay. We may delay making credit available on your account in the amount of your payment even though we will credit your payment when we receive it.

**Payment Options.** You can pay by mail, online or at a Sam's Club or Walmart store. We may allow you to make payments over the phone but we will charge you a fee to make expedited phone payments. Your payment must be made in U.S. dollars by physical or electronic check, money order or a similar instrument from a bank located in the United States.

**How To Make A Payment.** You must follow the instructions for making payments provided on your billing statement. If you do not, credit of your payment may be delayed up to five days. Your billing statement also explains how information on your check is used.

**Payment Allocation.** We will apply the required total minimum payment to balances on your account using any method we choose. Any payment you make in excess of the required total minimum payment will be applied to higher APR balances before lower APR balances. Applicable law may require or permit us to apply excess payments in a different manner in certain situations, such as when your account has a certain type of special promotion.

### INFORMATION ABOUT YOU

**Using And Sharing Your Information.** When you applied for an account, you gave us and Sam's Club information about yourself that we could share with each other. Sam's Club will use the information in connection with the credit program and for things like creating and updating its records and offering you special benefits. More information about how we use and share information is set forth in the privacy policy for your account.

**Address/Phone Change.** You represent that any phone number that you provide to us belongs to you and/or that you are authorized to provide that number. You also agree to tell us right away if you change your address or any phone number.

**Consent To Communications.** You consent to us, as well as any other owner or servicer of your account, contacting you through any channel of communication and for any purpose and at any time, as permitted by applicable law. For informational, servicing, fraud, or collection related communications, you agree that we may use the phone numbers that you provide to us to contact your cellular phone or wireless device with text messages, artificial or prerecorded voice calls, and calls made by an automatic telephone dialing system. Text frequency may vary and may be recurring. This consent applies even if you are charged for the call under your plan. You are responsible for any charges that may be billed to you by your communications carrier when we contact you. Message and data rates may vary. We and any carrier are not liable for delayed or undelivered messages. If you have questions, please call the number on the back of your card.

**Telephone Monitoring.** For quality control, you allow us to listen to and/or record telephone calls between you and us.

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

**Closing Your Account.** You may close your account at any time by sending a letter to the address shown on your billing statement or calling customer service. We may close your account at any time, for any reason. If your account is closed, you must stop using it. You must still pay the full amount you owe and this Agreement will remain in effect until you do.

**Collection Costs.** If we ask an attorney who is not our salaried employee to collect your account, we may charge you our collection costs. These include court costs and reasonable attorneys' fees.

**Credit Bureau Reporting.** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be shown in your credit report. Tell us if you think we reported wrong information about you to a credit bureau. Write to us at P.O. Box 965005, Orlando, FL 32896-5005. Tell us what information is wrong and why you think it is wrong. If you have a copy of the credit report that includes the wrong information, send us a copy.

**Default.** You are in default if you make a late payment, do not follow any other term of this Agreement or become bankrupt or insolvent. If you default or upon your death, we may (a) request payment of the full amount due right away, (b) take legal action to collect the amounts owed, and/or (c) take any other action allowed.

**Disputed Amounts. The billing rights summary in section IV of this Agreement describes what to do if you think there is a mistake on your bill. If you send us correspondence about a disputed amount or payment, you must send it to the address for billing inquiries. We do not give up any rights under this Agreement if we accept a payment marked "payment in full" or given with any other conditions or limitations.**

**Unauthorized Use.** If your card is lost, stolen or used without your consent, call us immediately at 1-866-220-0254. You will not be liable for unauthorized use on your account, but you will be responsible for all use by anyone you give your card to or allow to use your account.

**Membership Billing/Cancellation. Your Sam's Club Membership ("Membership") fees will be charged annually to your account on or before your Membership renewal date. Your acceptance of the Card constitutes your agreement to such billing.** You are not required to apply and/or have an account in order to have a Membership, but you must be a Member in order to apply and/or have an account. If your Membership is suspended or cancelled for any reason, including but not limited to, a breach of any of the terms of the Membership Conditions and Rules of Operation, then you understand that you will not be able to use this account. In addition, if your account is 90 days or more past due, then your Membership may be suspended or cancelled at Sam's Club's sole discretion.

**Plus Members with a Sam's Club World Elite Mastercard.** You are required to maintain a Plus Membership. If your Plus Membership is suspended or cancelled for any reason, including but not limited to, a breach of any of the terms of the Plus Membership Conditions and Rules of Operation, then you may be issued either a Sam's Club Mastercard or Sam's Club World Elite Mastercard (Subject to credit approval) to replace your Sam's Club Plus Member World Elite Mastercard within six months of the membership suspension or cancellation.

## IMPORTANT INFORMATION ABOUT THIS AGREEMENT

**Assignment.** We may sell, assign or transfer any or all of our rights or duties under this Agreement or your account, including our rights to payments. We do not have to give you prior notice of such action. You may not sell, assign or transfer any of your rights or duties under this Agreement or your account.

**Enforceability.** If any part of this Agreement is found to be void or unenforceable, all other parts of this Agreement will still apply.

**Governing Law.** Except as provided in the Resolving a Dispute with Arbitration section, this Agreement and your account are governed by federal law and, to the extent state law applies, the laws of Utah without regard to its conflicts of law principles. This Agreement has been accepted by us in Utah.

**Waiver.** We may give up some of our rights under this Agreement. If we give up any of our rights in one situation, we do not give up the same right in another situation.

## RESOLVING A DISPUTE WITH ARBITRATION

**PLEASE READ THIS SECTION CAREFULLY. IF YOU DO NOT REJECT IT, THIS SECTION WILL APPLY TO YOUR ACCOUNT, AND MOST DISPUTES BETWEEN YOU AND US WILL BE SUBJECT TO INDIVIDUAL ARBITRATION. THIS MEANS THAT: (1) NEITHER A COURT NOR A JURY WILL RESOLVE ANY SUCH DISPUTE; (2) YOU WILL NOT BE ABLE TO PARTICIPATE IN A CLASS ACTION OR SIMILAR PROCEEDING; (3) LESS INFORMATION WILL BE AVAILABLE; AND (4) APPEAL RIGHTS WILL BE LIMITED.**

1. **CLAIMS AND PARTIES.** If either you or we make a demand for arbitration, you and we must arbitrate any dispute or claim between you (including any other user of your account), and us (including our parents, affiliates, agents, employees, officers, and assignees) that directly or indirectly arises from or relates to your account, your account Agreement or our relationship, except as noted below. In addition, the following are intended beneficiaries of this Arbitration section and may enforce it in full (notwithstanding any state law to the contrary): (a) Sam's Club and its affiliates; and (b) any assignee, agent, or service provider of ours that collects amounts due on your account.

2. This Arbitration section broadly covers claims based upon contract, tort, consumer rights, fraud and other intentional torts, negligence, constitution, statute, regulation, ordinance, common law and equity and claims for money damages and injunctive or declaratory relief, even if they arose before this section took effect. You may not sell, assign or transfer a claim.

3. Examples of claims subject to arbitration are disputes about an account transaction, fees, charges or interest, the events leading up to the Agreement (such as any disclosures, advertisements, promotions or oral or written statements, warranties or representations made by us), an application for or denial of credit, any product or service provided by us or third parties in connection with the Agreement, credit reporting, benefit programs related to your account including any reward program, the collection of amounts due by our assignees, service providers, or agents and the manner of collection.

4. However, we will not require you to arbitrate any individual case in small claims court or your state's equivalent court, so long as it remains an individual case in that court. Also, even if all parties have opted to litigate a claim in court, you or we may elect arbitration with respect to any claim made by a new party or any claim later asserted by a party in any related or unrelated lawsuit, including modifying an individual claim to assert a class, representative or multi-party claim. Arbitration may be requested at any time, even where there is a pending lawsuit, unless a trial has begun, or a final judgment entered.

5. Only a court will decide disputes about the validity, enforceability, coverage or scope of this Arbitration section or any part thereof. However, any dispute that concerns the validity or enforceability of the Agreement as a whole is for the arbitrator to decide.

6. **NO CLASS ACTIONS.** IF EITHER YOU OR WE ELECT TO ARBITRATE A CLAIM, NEITHER YOU NOR WE WILL HAVE THE RIGHT (A) TO PARTICIPATE IN A CLASS ACTION, PRIVATE ATTORNEY GENERAL ACTION OR OTHER REPRESENTATIVE ACTION IN COURT OR IN ARBITRATION, EITHER AS A CLASS REPRESENTATIVE OR CLASS MEMBER, OR (B) TO JOIN OR CONSOLIDATE CLAIMS WITH CLAIMS OF ANY OTHER PERSONS EXCEPT ACCOUNTHOLDERS ON YOUR ACCOUNT. THUS, YOU MAY NOT BRING CLAIMS AGAINST US ON BEHALF OF ANY ACCOUNTHOLDER WHO IS NOT AN ACCOUNTHOLDER ON YOUR ACCOUNT, AND YOU AGREE THAT ONLY ACCOUNTHOLDERS ON YOUR ACCOUNT MAY BE JOINED IN A SINGLE ARBITRATION WITH ANY CLAIM YOU HAVE.

7. **PROCEDURES.** The party who wants to arbitrate must notify the other party in writing. This notice can be given after the beginning of a lawsuit or in papers filed in the lawsuit. Otherwise, your notice must be sent to Synchrony Bank, Legal Operation, P.O. Box 29110, Shawnee Mission, KS 66201-5320, ATTN: ARBITRATION DEMAND. The party seeking arbitration must select either the American Arbitration Association (AAA), 120 Broadway, Floor 21, New York, NY 10271, www.adr.org, or JAMS, 620 Eighth Avenue, 34th Floor, New York, NY 10018, www.jamsadr.com, to administer the arbitration. If neither administrator can handle the dispute, a court with jurisdiction will appoint an arbitrator.

8. The arbitration administrator will appoint the arbitrator and will tell the parties what to do next. The arbitrator must be a lawyer with at least ten years of legal experience. The arbitrator must apply the same law, consistent with the Federal Arbitration Act (FAA), that would apply to an individual action in court, but may use different procedural rules. The arbitrator will apply the same statutes of limitation and privileges that a court would apply if the matter were pending in court.

9. The arbitrator may award any damages or other relief or remedies that would apply under applicable law to an individual action brought in court, including, without limitation, punitive damages (governed by the Constitutional standards employed by the courts) and injunctive, equitable and declaratory relief (but only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim). The parties will bear the fees and costs of their attorneys, witnesses and experts. However, the arbitrator will have the authority to award fees and costs of attorneys, witnesses and experts to the extent permitted by the Agreement, the administrator's rules or applicable law.

10. The arbitration will take place by phone or at a location reasonably convenient to you. If you ask, we will pay all the fees the administrator or arbitrator charges if you cannot obtain a waiver of fees from the administrator and are acting in good faith. We will always pay arbitration costs required by the administrator's rules or that are necessary for this Arbitration section to be enforced.

11. **GOVERNING LAW.** This Arbitration section is governed by the FAA. Utah law shall apply to the extent state law is relevant under the FAA, unless otherwise stated herein. The arbitrator's award will be final and binding, except for any appeal right under the FAA. Any court with jurisdiction may enter judgment upon the arbitrator's award. The arbitration award and any judgment confirming it will apply only to the specific case and cannot be used in any other case except to enforce the award.

12. **SURVIVAL.** This Arbitration section shall survive the repayment of all amounts owed, the termination, cancellation or suspension of the Agreement or your account or credit privileges, any legal proceeding, and any bankruptcy by you, to the extent consistent with applicable bankruptcy law. If this Arbitration section conflicts with the applicable arbitration rules or the other provisions of the Agreement, this Arbitration section shall govern.

13. **SEVERABILITY.** If any portion of this Arbitration section is held to be invalid or unenforceable, the remaining portions shall nevertheless remain in force with the following two exceptions. First, if a determination is made that the "No Class Actions" provision is unenforceable, and that determination is not reversed on appeal, then this Arbitration section shall be void in its entirety. Second, if a court determines that a public injunctive relief claim may proceed notwithstanding the "No Class Actions" provision, and that determination is not reversed on appeal, then the public injunctive relief claim will be decided by a court, and any individual claims will be arbitrated. The parties will ask the court to stay the public injunctive relief claim until the other claims have been finally concluded.

14. **HOW TO REJECT ARBITRATION.** You may reject this Arbitration section. If you do that, a court will resolve any dispute or claim. To reject this section, send us a notice within 45 days after you open your account or we first provided you with your right to reject this section. The notice must include your name, address, account number, and personal signature, and must be mailed to Synchrony Bank, P.O. Box 965012, Orlando, FL 32896-5012. This is the only way you can reject this section. Rejecting this Arbitration section will not affect any other provision of the Agreement. It will also not affect any prior arbitration agreement or dispute resolution provision between you and us, which will remain in full force and effect. If you don't reject this Arbitration section, it will be effective as of the date of the Agreement and will supersede any prior arbitration agreement between you and us that would otherwise be applicable.

## SECTION IV: OTHER IMPORTANT INFORMATION
## SAM'S CLUB® MASTERCARD® ACCOUNT AGREEMENT

**NOTICE FOR ACTIVE DUTY MILITARY MEMBERS AND THEIR DEPENDENTS:** The following disclosures apply to you if, at the time your account is opened, you are a "covered borrower" as defined in the Military Lending Act, which includes eligible active duty members of the Armed Forces and their dependents:

1. The provision in this Agreement called "Resolving a Dispute with Arbitration" will not apply to your account.

2. Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an Annual Percentage Rate of 36 percent. This rate must include, as applicable to the credit transaction or account: the costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account).

3. You can call 1-855-367-4541 to hear the information in item 2 (above) and a description of the payment obligation for your account.

The rest of the language in this section of the agreement includes state notices, billing rights summary and rewards terms (if applicable) and is not required to be provided as part of the request for customer agreement.

**SYNCHRONY BANK**
**VARIABLE TERMS ADDENDUM**
**FOR YOUR SAM'S CLUB MASTERCARD**

**Total Minimum Payment.**

Your total minimum payment will be calculated as shown below. We round up to the next highest whole dollar in figuring your total minimum payment. If your new balance on your billing statement is less than the amount in section 1 below, then your total minimum payment will be equal to the new balance. Your total minimum payment will be the greater of:

1.  $29, or $40 if you have failed to pay at least the total minimum payment due by the due date in any one or more of the prior six billing cycles, or
2.  the sum of any past due amounts, 1% of the new balance shown on your billing statement, any late payment fees charged to your account in the current billing cycle, all interest charged to your account in the current billing cycle and any payment due in connection with a specific promotional purchase.

**Janet Robinson's Summary of Sam's Club Business mastercard Account Ending 2109**

| Date of Statement | Aggregate Sales | Number of Sales | Late Fees | Interest Charges | Account Maintenance | Payment Due Date from previous statement | Payment Requested on previous statement | Payment Received | Date Received | Ending Balance | Notes / Transaction Detail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/8/24 | $197.45 | 3 | | | | | | | | $197.45 | |
| 1/8/25 | | | $29.99 | $5.39 | | 12/28/24 | $15.00 | | | $232.83 | |
| 2/7/25 | | | ($29.99) | ($0.57) | | 1/28/25 | $53.00 | ($25.00) | 12/27/24 | $250.47 | returned check fee |
| | | | $29.99 | $5.21 | $38.00 | | | ($177.27) | 1/19/25 | | |
| | | | | | | | | $177.27 | 1/19/25 | | |
| 3/7/25 | | | ($29.99) | | | 2/28/25 | $53.00 | ($220.48) | 2/15/25 | $126.54 | returned check fee |
| | | | $39.99 | $5.07 | $38.00 | | | ($177.00) | 3/3/25 | | |
| | | | | | | | | $220.48 | 2/15/25 | | |
| 4/8/25 | | | $29.99 | | | 3/28/25 | $47.00 | ($156.53) | 3/31/25 | $0.00 | paid in full |
| Current | | | | | | 4/28/25 | $0.00 | | | | |
| | | | | | | | $0.00 | | | | |
| Totals | $ 197.45 | | $ 89.98 | $ 15.10 | $ 76.00 | | | $ (358.53) | | $ - | |

**Janet Robinson's Summary of Sam's Club Mastercard Account Ending 0857**

| Date of Statement | Aggregate Sales | Number of Sales | Late Fees | Interest Charges | Payment Due Date from previous statement | Payment Requested on previous statement | Payment Received | Date Received | Ending Balance | Notes / Transaction Detail |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/30/24 | $121.63 | 1 | | $11.71 | | | ($430.21) | 9/30/24 | $578.55 | |
| | | | | | | | $430.21 | 9/30/24 | | payment was returned |
| | | | | | | | ($25.00) | 10/29/24 | | |
| 11/29/24 | $286.74 | 7 | | $15.99 | 11/22/24 | $73.00 | ($135.00) | 11/6/24 | $721.28 | |
| | | | | | | | ($25.00) | 11/29/24 | | |
| 12/30/24 | $241.28 | 3 | | $21.09 | 12/22/24 | $40.00 | ($40.00) | 12/21/24 | $918.65 | |
| | | | | | | | ($10.00) | 12/22/24 | | |
| | | | | | | | $10.00 | 12/22/24 | | payment was returned |
| | | | | | | | ($25.00) | 12/27/24 | | |
| 1/30/25 | $215.27 | 6 | | $22.74 | 1/22/25 | $40.00 | ($100.00) | 1/14/25 | $1,056.66 | |
| | | | | | | | ($200.00) | 1/19/25 | | |
| | | | | | | | $200.00 | 1/19/25 | | payment was returned |
| | | | | | | | ($25.00) | 1/29/25 | | |
| | | | | | | | $25.00 | 1/14/25 | | payment transfer to acct ending in 2109 |
| 2/27/25 | | | $40.00 | $22.49 | 2/22/25 | $40.00 | ($50.00) | 2/21/25 | $1,119.15 | |
| | | | | | | | $50.00 | 2/21/25 | | |
| 3/30/25 | | | $40.00 | $24.83 | 3/22/25 | $114.00 | ($25.00) | 2/28/25 | $802.81 | |
| | | | | | | | ($56.17) | 3/3/25 | | temporary credit for a missing payment dispute opened on 3/14/25 |
| | | | | | | | ($89.00) | 3/14/25 | | |
| | | | | | | | $89.00 | 3/14/25 | | payment was returned |
| | | | | | | | ($300.00) | 3/29/25 | | |
| 4/29/25 | | | ($140.00) | ($24.83) | 4/22/25 | $73.00 | ($73.00) | 4/22/25 | $851.51 | |
| | | | $40.00 | $17.36 | | | $73.00 | 4/22/25 | | payment was returned |
| | | | | | | | $56.17 | 4/11/25 | | temporary credit reversed as no proof of payment received |
| 5/30/25 | | | $40.00 | $19.34 | 5/22/25 | $189.00 | ($139.00) | 5/22/25 | $910.85 | |
| | | | | | | | $139.00 | 5/22/25 | | payment was returned |
| 5/31/25 | | | ($40.00) | ($19.34) | 6/22/25 | $208.00 | | | $851.51 | |
| Current | | | | | | $0.00 | | | | |
| **Totals** | **$ 884.92** | | **$ 80.00** | **$ 111.38** | | | **$ (575.00)** | | | |

Exhibit D

 An official website of the United States Government

 Consumer Financial Protection Bureau (https://www.consumerfinance.gov/)                    Start a new complaint

‹ All complaints (.)

# 250515-20830035

**CLOSED**

✓ ## Submitted

**STATUS**

Submitted to the CFPB on 5/15/2025

**PRODUCT**

Credit card

**ISSUE**

Problem when making payments

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

Subject: Request for Financial Audit and Suspension of Payments for Sam's Club Credit Card Accounts To Whom It May Concern: I am writing to formally request a comprehensive financial audit of my Sam's Club Personal Credit Card (Account #0857) and Sam's Club Business Credit Card under UES, LLC (Account #4109). Additionally, I request that all payment obligations be suspended until the completion of this audit. Background: I have consistently made bi-monthly payments, striving to pay off balances in full. Despite these efforts, I encountered several issues: Improper Payment Processing: On January 15, 2025, a payment was applied to the wrong account. Subsequent payments were returned, including: January 19, 2025: $177.37 February 15, 2025: $220.48 March 3, 2025: $177.27 March 14, 2025: $89 March 29, 2025: $300 April 22, 2025: $73 April 28, 2025: $73 Account Closures Without Proper Justification: On March 21, 2025, I was informed that both accounts were closed, despite a recent credit line increase. My business account had no outstanding balance at the

time of closure. Continued Deductions Post Account Closure: Although, I had thousands of dollars in my Navy Federal Checking account, my payments were returned from my bank. I suspect that payments continued to be deducted from my money market account even after the credit card accounts were closed. Lack of Resolution: Upon discovering the account closures, I spoke with a manager who assured me of an investigation. To date, I have not received a satisfactory resolution or explanation. Request: I respectfully request the CFPB to: Initiate a thorough financial audit of both accounts to identify and rectify any discrepancies. Ensure that all payment obligations are suspended until the audit is complete and all issues are resolved. I believe these actions are necessary to address potential violations of consumer protection regulations and to prevent further financial harm. Thank you for your attention to this matter. Sincerely, [Your Full Name] [Your Contact Information]

Hide full complaint ⊖

## What product or service is your complaint about?

**PRODUCT OR SERVICE**

Credit card

**TYPE**

Store credit card

## What type of problem are you having?

**ISSUE**

Problem when making payments

**HAVE YOU ALREADY TRIED TO FIX THIS PROBLEM WITH THE COMPANY?**

Yes

**DID YOU REQUEST INFORMATION FROM THE COMPANY?**

No

**TYPE OF ISSUE**

Problem during payment process

## What happened?

Subject: Request for Financial Audit and Suspension of Payments for Sam's Club Credit Card Accounts To Whom It May Concern: I am writing to formally request a comprehensive financial audit of my Sam's Club Personal Credit Card (Account #0857) and Sam's Club Business Credit Card under UES, LLC (Account #4109). Additionally, I request that all payment obligations be suspended until the completion of this audit.

**YOUR CONTACT INFORMATION**

Janet Lee Robinson

janetrobinson1122@gmail.com
(323) 944-4799

1378 Division Court Hemet, California
92543 United States

**YOUR PREFERRED LANGUAGE**

English

**YOUR DEMOGRAPHIC
INFORMATION**

**AGE**

50

**SEX**

Female

**RACE**

Black or African American

**HOUSEHOLD SIZE INCLUDING
TOTAL NUMBER OF ADULTS AND
CHILDREN**

4

**COMBINED ANNUAL HOUSEHOLD
INCOME**

$100,000 - $149,999

---

## ✔ Sent to
## company

**STATUS**

Sent to
company on
5/15/2025

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their
response is in progress and provide a final response in 60 days.



Background: I have consistently made monthly payments, striving to pay off balances [faded text] ... [illegible] ... March 14, 2025, $39 March 20, 2025, $200 April 2, 2025, $75 April 9, 2025, $73 Account Closure Without Proper Communication: On March 21, 2025, I was informed that both accounts were closed [illegible] ... [illegible] account [illegible] ... [illegible] be deducted from my monthly mailed account even after the credit card accounts were closed, that is why I was upset upon discovering these account closures. I spoke with a manager who assured me of an investigation. To date, I have not received a satisfactory resolution or explanation. Request: I respectfully request the CFPB to: Initiate a thorough financial audit of both accounts to identify and rectify any discrepancies. Ensure that all payment obligations are suspended until the audit is complete and all issues are resolved. I believe these actions are necessary to address potential violations of consumer protection regulations and to prevent further financial harm. Thank you for your attention to this matter. Sincerely. [Your Full Name] [Your Contact Information]

☑ I WANT THE CFPB TO PUBLISH THIS DESCRIPTION ON CONSUMERFINANCE.GOV SO THAT OTHERS CAN LEARN FROM MY EXPERIENCE.

The CFPB will take steps to remove my personal information from this description but someone may still be able to identify me. Learn how it works. I consent to publishing this description after the CFPB has taken these steps.

## What would be a fair resolution to this issue?

I request a full financial audit of both accounts. The interested paused on account #0857 until the audit is completed. After the audit, if Sam's Club did make an error, all accrued interested should be deleted. Both credit accounts will be reopened. Any negative or delinquency information should be deleted from my credit account.

## What company is this complaint about?

COMPANY INFORMATION
Sam's Club

CARD NUMBER
[illegible]

●●●●●●●●●●●●●●●●  ●●

## What people are involved?

Janet Robinson

1378 Division Court

Hemet, CA

323 944-4799

JanetRobinsonBusiness@gmail.com

Experian

P.O. Box 4500

Allen, TX 75013


Subject: Dispute of Inaccurate Credit Reporting — Sam's Club Late Payment Reporting


To Whom It May Concern,

I am writing to formally dispute inaccurate information reported on my credit file by Sam's Club / Synchrony Bank regarding a late payment entry. This information is both inaccurate and incomplete, and I request that it be corrected or removed from my credit report in accordance with my rights under the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681i.

Account Information:

- Creditor: Sam's Club / Synchrony Bank

- Account Number:  ending in 0857 or 4109

- Disputed Item: Reported late payment for June and July 2025

According to a formal complaint I submitted to the Consumer Financial Protection Bureau (CFPB) on May 15, 2025 (Complaint ID: 250515-20830035), my Sam's Club accounts (personal and business) were subject to improper processing and mishandling of payments, including:

- Payments being returned and misapplied (e.g., on 1/15/2025)
- Continued withdrawals from my Navy Federal account after the accounts were closed
- Lack of notification or justification for the closures despite active account use
- A manager's assurance that the issue was under investigation, with no resolution to date

These circumstances caused unjustified payment reversals and may have triggered the inaccurately reported "late payment" on my credit file. I have requested a full audit through the CFPB to rectify the errors, and the company has confirmed it is still investigating.

Under the FCRA (15 U.S.C. § 1681i), I respectfully request the following:

1. Immediate reinvestigation of the disputed item on my credit report;
2. Deletion or correction of any inaccurate late payment(s) associated with the Sam's Club accounts;
3. Written results of your investigation within 30 days, as required by law.

Attached are copies of:
- The CFPB complaint acknowledgement and case details;
- A summary of payments and account activity supporting this dispute.

If Synchrony Bank cannot verify the accuracy of the reported late payment with proper documentation, the item must be removed from my credit file under 15 U.S.C. § 1681i(a)(5)(A).

Thank you for your prompt attention to this matter. Please notify me in writing once the reinvestigation is complete.

Sincerely,

Janet Robinson

‹ All complaints

# 250515-20830035

**OPEN**

## ✔ Submitted

**STATUS**
Submitted to the CFPB on 5/15/2025

**PRODUCT**
Credit card

**ISSUE**
Problem when making payments

### We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

_____

**YOUR COMPLAINT**

Subject: Request for Financial Audit and Suspension of Payments for Sam's Club Credit Card Accounts To Whom It May Concern: I am writing to formally request a comprehensive financial audit of my Sam's Club Personal Credit Card (Account #0857) and Sam's Club Business Credit Card under UES, LLC (Account #4109). Additionally, I request that all payment obligations be suspended until the completion of this audit. Background: I have consistently made bi-monthly payments, striving to pay off balances in full. Despite these efforts, I encountered several issues: Improper Payment Processing: On January 15, 2025, a payment was applied to the wrong account. Subsequent payments were returned, including: January 19, 2025: $177.37 February 15, 2025: $220.48 March 3, 2025: $177.27 March 14, 2025: $89 March 29, 2025: $300 April 22, 2025: $73 April 28, 2025: $73 Account Closures Without Proper Justification: On March 21, 2025, I was informed that both accounts were closed, despite a recent credit line increase. My business account had no outstanding balance at the time of closure. Continued Deductions Post Account Closure: Although, I had thousands of dollars in my Navy Federal Checking account, my payments were returned from my bank. I suspect that payments continued to be deducted from my money market account even after the credit card accounts were closed. Lack of Resolution: Upon discovering the account closures, I spoke with a manager who assured me of an investigation. To date, I have not received a satisfactory resolution or explanation. Request: I respectfully request the CFPB to: Initiate a thorough financial audit of both accounts to identify and rectify any discrepancies. Ensure that all payment obligations are suspended until the audit is complete and all issues are resolved. I believe these actions are necessary to address potential violations of consumer protection regulations and to prevent further financial harm. Thank you for your attention to this matter. Sincerely, [Your Full Name] [Your Contact Information]

View full complaint 

## ✔ Sent to company

**STATUS**
Sent to company on 5/15/2025

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## ✔ Company still working

**STATUS**
Company response is in progress as of 5/28/2025

### The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

_____

**COMPANY'S INTERIM RESPONSE**

It is necessary for us to conduct further research in order to resolve the issue and respond accurately to your inquiry. Once the review is complete we will respond to you through the CFPB.

ⓘ Quick Tip: Need to see transactions older than 90 days? Click "Statements & Documents" or utilize the "Show advanced" option to access additional history.

## Account Details

**Easy Checking**
*720884 👁

$332.19
Available Balance
Current Balance $332.19

## Transaction Details

| Type | Keyword | Date |
|------|---------|------|
| All ▼ | Sams | Last 30 Days ▼ |

| From | To | Amount | Amount From |
|------|-----|--------|-------------|
| 1/01/2023 📅 | 7/17/2025 📅 | | |

Amount To

Search    Clear Search                                           Hide advanced

## In Process Transactions

| Date | Description | Amount |
|------|-------------|--------|
| There are no upcoming transactions. | | |

## Past Transactions

| Date ▼ | Description | Amount |
|--------|-------------|--------|
| Jul 10 | Withdrawal @ 40500 MURRIETA HOT 0 SAMS CLUB #4822 MURRIETTA CA US | -$25.79 |
| Jun 18 | Withdrawal @ 40500 MURRIETA HOT 0 SAMS CLUB #4822 MURRIETTA CA US | -$18.20 |
| May 09 | Checking Deposit @ SAMSCLUB #6378 0 SAMSCLUB #6378 RIVERSIDE CA US | +$5.98 |
| May 08 | Withdrawal @ SAM'S Club 0 SAMS CLUB #6378 RIVERSIDE CA US | -$20.68 |
| Apr 13 | Withdrawal @ SAM'S Club 0 SAMS CLUB #4822 MURRIETA CA US | -$8.78 |
| Mar 21 | ACH Returns: SamsClub MstrCRD (RETRY PYMT) 89.00 NSF| Balance=$24.23. Available Balance=$24.23. Available Balance with ODP=$24.64. | --- |
| Mar 17 | ACH Returns: SamsClub MstrCRD (SYF PAYMNT) 89.00 NSF| Balance=$87.97. Available Balance=$87.97. Available Balance with ODP=$88.38. | --- |
| Mar 03 | Withdrawal @ SAM'S Club 0 SAMS CLUB #4822 MURRIETA CA US | -$56.17 |
| Jan 16 | Withdrawal-ACH-A-1595132 TELSamsClub MstrCRD (SYF PAYMNT) | -$100.00 |
| Nov 08, 2024 | Withdrawal-ACH-A-1595132 TELSamsClub MstrCRD (SYF PAYMNT) | -$135.00 |
| Sep 09, 2024 | Withdrawal-ACH-A-1595132 TELSamsClub MstrCRD (SYF PAYMNT) | -$200.00 |
| Sep 09, 2024 | Withdrawal-ACH-A-1595132 Sams BRC MstrCRD (SYF PAYMNT) | -$137.50 |

| Aug 19, 2024 | Withdrawal-ACH-A-1595132 Sams BRC MstrCRD (SYF PAYMNT) | -$200.00 |
| Aug 15, 2024 | Withdrawal @ 1853 WAL-SAMS 0 Wal-Mart Super C HEMET CA US | -$23.81 |
| Aug 05, 2024 | Withdrawal-ACH-A-1595132 TELSamsClub MstrCRD (SYF PAYMNT) | -$100.00 |
| Jun 17, 2024 | Withdrawal-ACH-A-1595132 Sams BRC MstrCRD (SYF PAYMNT) | -$100.00 |
| Jun 10, 2024 | Withdrawal @ 4822 WAL-SAMS 0 SAM'S Club MURRIETA CA US | -$26.54 |
| Mar 29, 2024 | Withdrawal-ACH-A-1595132 TELSamsClub MstrCRD (SYF PAYMNT) | -$57.76 |
| Mar 29, 2024 | Withdrawal-ACH-A-1595132 Sams BRC MstrCRD (SYF PAYMNT) | -$1,000.00 |
| Mar 14, 2024 | Withdrawal @ 40500 MURRIETA HOT 0 SAMSCLUB #4822 MURRIETA CA US | -$2.15 |
| Mar 12, 2024 | Withdrawal-ACH-A-1595132 TELSamsClub MstrCRD (SYF PAYMNT) | -$188.32 |
| Mar 12, 2024 | Withdrawal-ACH-A-1595132 Sams BRC MstrCRD (SYF PAYMNT) | -$200.00 |
| Feb 05, 2024 | Withdrawal-ACH-A-1595132 Sams BRC MstrCRD (SYF PAYMNT) | -$100.00 |
| Jan 25, 2024 | Withdrawal-ACH-A-1595132 TELSamsClub MstrCRD (SYF PAYMNT) | -$135.21 |
| Dec 15, 2023 | Withdrawal-ACH-A-1595132 TELSamsClub MstrCRD (SYF PAYMNT) | -$50.00 |
| Nov 22, 2023 | Withdrawal-ACH-A-1595132 TELSamsClub MstrCRD (SYF PAYMNT) | -$100.00 |
| Oct 02, 2023 | Withdrawal-ACH-A-729133 TELSamsClub MstrCRD (SYF PAYMNT) | -$321.42 |
| Aug 24, 2023 | Withdrawal-ACH-A-826232 TELSams Club MC (SAMTELPAY) | -$169.94 |
| Aug 18, 2023 | Withdrawal-ACH-A-826232 TELSams Club MC (SAMTELPAY) | -$50.00 |
| Jul 31, 2023 | Withdrawal-ACH-A-826232 TELSams Club MC (SAMTELPAY) | -$125.71 |
| Jul 17, 2023 | Withdrawal-ACH-A-826232 TELSams Club MC (SAMTELPAY) | -$240.06 |

 Gmail                                    Janet Robinson <janetrobinsonbusiness@gmail.com>

---

**RE: Status of my SBA Loan - Unity Educational Services LLC**

---

Hector Legaspi <h.le@every1lending.com>                          Fri, Jul 11, 2025 at 4:53 PM
To: Janet Robinson <janetrobinsonbusiness@gmail.com>, Pinky Peralta <p.pe@every1lending.com>

Hello Janet,


Thank you for the follow-up. I have made a follow-up to Ms. Imelda which I believe you already had
spoken to regarding VantageScore 4plus. Please expect a call or email from her.


Hector Legaspi

Supervisor, Loan Origination Team

Pacific Community Fund

O: (650) 952-0522

E: h.le@every1lending.com


# EVERY ⫨ LENDING

**From:** Janet Robinson <janetrobinsonbusiness@gmail.com>
**Sent:** Saturday, July 12, 2025 2:07 AM
**To:** Pinky Peralta <p.pe@every1lending.com>
**Subject:** Status of my SBA Loan


Hello

Happy Friday, I am writing to inquire about the status of the SBA Loan. Are there additional steps to implement the
loan?


Thank you,

Janet Robinson

 Gmail

Janet Robinson <janetrobinsonbusiness@gmail.com>

---

## Problem with Sam's Club Account - Enclosed is a copy of the letter disputing late payments fo Sam's Club

---

Janet Robinson <janetrobinsonbusiness@gmail.com>
To: Pinky Peralta <p.pe@every1lending.com>

Tue, Jul 15, 2025 at 12:11 PM

**Janet Robinson**

1378 Division Court

Hemet, CA 9 2543

323 944-4799

JanetRobinsonBusiness@gmail.com

**Date:** June 23, 2025

**Experian**
P.O. Box 4500
Allen, TX 75013

**Subject:** Dispute of Inaccurate Credit Reporting — Sam's Club Late Payment Reporting

**To Whom It May Concern,**

I am writing to formally dispute inaccurate information reported on my credit file by **Sam's Club / Synchrony Bank** regarding a **late payment entry**. This information is both **inaccurate** and **incomplete**, and I request that it be **corrected or removed** from my credit report in accordance with my rights under the **Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681i**.

## Account Information:

- **Creditor:** Sam's Club / Synchrony Bank
- **Account Number:** [Insert account number, e.g., ending in 0857 or 4109]
- **Disputed Item:** Reported late payment [Insert date if known]

## Basis for Dispute:

According to a formal complaint I submitted to the **Consumer Financial Protection Bureau (CFPB) on May 15, 2025 (Complaint ID: 250515-20830035)**, my Sam's Club accounts (personal and business) were subject to improper processing and mishandling of payments, including:

- Payments being returned and misapplied (e.g., on 1/15/2025)
- Continued withdrawals from my Navy Federal account **after the accounts were closed**
- Lack of notification or justification for the closures despite active account use
- A manager's assurance that the issue was under investigation, with no resolution to date

...se circumstances caused unjustified payment reversals and may have triggered the inaccurately reported "late ...ment" on my credit file. I have requested a full audit through the CFPB to rectify the errors, and the company has ...rmed it is still investigating.