UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 25-1814-KK-SPx** | Date: | September 17, 2025 |
| Title: | *Janet Robinson v. Synchrony Bank et al* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Why Sanctions are Not Appropriate for Failure to Comply with Court Orders

On August 15, 2025, the Court issued an Order Setting Scheduling Conference, requiring the parties "to confer on a discovery plan not later than twenty-one (21) days before the scheduling conference" and to file a Joint Rule 26(f) Report "not later than fourteen (14) days before the conference." ECF Docket No. ("Dkt.") 11. The Court warned the parties that failure "to cooperate in the preparation of the Joint Rule 26(f) Report may lead to the imposition of sanctions." Id.

Here, the parties failed to file a Joint Rule 26(f) Report. Rather, Plaintiff filed a Rule 26(f) Report on September 15, 2025, and defendant Synchrony Bank ("Defendant") filed a Rule 26(f) Report on September 16, 2025. Dkts. 20, 22. Defendant indicates Plaintiff failed to respond to its requests to confer regarding the Joint Rule 26(f) Report and unilaterally filed a Rule 26(f) Report without Defendant's input. Dkt. 22. The Court further notes Plaintiff's report fails to include much of the information that the Court requires in a Rule 26(f) Report.

Thus, Plaintiff failed to comply with the Court's August 15, 2025 Order. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why sanctions in the amount of $250 should not be imposed for failure comply with court orders. Plaintiff shall file a response no later than seven (7) days from the date of this order. **Plaintiff is expressly warned that failure to timely file a response to this Order will result in monetary sanctions for failure to comply with Court orders.**

**IT IS SO ORDERED**.